FILED

2013 JUN 21  AM 11: 46

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
         DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FREESCALE SEMICONDUCTOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMTRAN TECHNOLOGY CO., LTD.; AMTRAN LOGISTICS, INC.; AOC INTERNATIONAL (USA) LTD.; CSR TECHNOLOGY, INC.; ENVISION PERIPHERALS, INC., FUNAI CORPORATION, INC.; FUNAI ELECTRIC CO., LTD.; MARVELL SEMICONDUCTOR, INC., MEDIATEK, INC.; MEDIATEK USA INC.; SANYO ELECTRIC CO., LTD.; SANYO NORTH AMERICA CORPORATION; SANYO MANUFACTURING CORPORATION; TOP VICTORY ELECTRONICS (TAIWAN) CO., LTD.; TOP VICTORY ELECTRONICS (FUJIAN) CO., LTD.; TPV TECHNOLOGY LIMITED; TPV INTERNATIONAL (USA) INC.; VIZIO, INC.; AND ZORAN CORPORATION, <br><br> Defendants. | CIVIL ACTION NO. 1:12-CV-644 LY <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING JOINT MOTION TO SCHEDULE THE DEPOSITION OF SANJAY K. BANERJEE, PH.D. OUT OF TIME

COMES NOW the Court, having considered the Joint Motion to Schedule Deposition of Sanjay K. Banerjee, Ph.D. Out of Time (the "Motion"), finds that it has merit, and thus finds that the Motion should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that the deposition of Sanjay K. Banerjee, Ph.D. shall be permitted to take place on July 3, 2013.

Signed this 21st day of June, 2013.

_____
HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE