IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FREESCALE SEMICONDUCTOR, INC., § § Plaintiff, § § v. § § AMTRAN TECHNOLOGY CO., LTD.; § AMTRAN LOGISTICS, INC.; AOC § INTERNATIONAL (USA) LTD.; CSR § TECHNOLOGY, INC.; ENVISION § PERIPHERALS, INC., FUNAI § CORPORATION, INC.; FUNAI ELECTRIC § CO., LTD.; MARVELL SEMICONDUCTOR, § INC., MEDIATEK, INC.; MEDIATEK USA § INC.; SANYO ELECTRIC CO., LTD.; § SANYO NORTH AMERICA § CORPORATION; SANYO § MANUFACTURING CORPORATION; TOP § VICTORY ELECTRONICS (TAIWAN) CO., § LTD.; TOP VICTORY ELECTRONICS § (FUJIAN) CO., LTD.; TPV TECHNOLOGY § LIMITED; TPV INTERNATIONAL (USA) § INC.; VIZIO, INC.; AND ZORAN § CORPORATION. § Defendants. § | CAUSE NO. 1:12-CV-644-LY (LEAD CASE) |

**ORDER DENYING MOTION FOR CLARIFICATION OF THE COURT'S ORDER GRANTING JURISDICTIONAL DISCOVERY (Dkt. No. 108), OR IN THE ALTERNATIVE, MOTION FOR LEAVE TO SERVE REQUESTS FOR PRODUCTION ON MEDIATEK, AND PLAINTIFF'S MOTION FOR LEAVE TO EXTEND THE DEADLINE FOR COMPLETING JURISDICTIONAL DISCOVERY**

ActiveUS 112440477v.1

The Court, having considered the briefing of the Parties, finds that Plaintiff Freescale Semiconductor, Inc.'s Motion for Clarification of the Court's Order Granting Jurisdictional Discovery (Dkt. No. 108), or in the Alternative, Motion for Leave to Serve Requests for Production On MediaTek, and Plaintiff's Motion for Leave to Extend the Deadline for Completing Jurisdictional Discovery ("Motion for Clarification") is meritless.

Accordingly, the Court hereby **DENIES**, Plaintiff's Motion for Clarification.

So **ORDERED and SIGNED this** _____ **day of** _____, **2013**.

_____
THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT COURT

1