IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2013 JUL -2  AM 11: 04
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | | |
|---|---|---|
| FREESCALE SEMICONDUCTOR, INC., | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-12-CV-644-LY |
| | § | |
| AMTRAN TECHNOLOGY CO., LTD.; | § | |
| AMTRAN LOGISTICS, INC.; AOC | § | |
| INTERNATIONAL (USA) LTD.; CSR | § | |
| TECHNOLOGY, INC.; ENVISION | § | |
| PERIPHERALS, INC., FUNAI | § | |
| CORPORATION, INC.; FUNAI | § | |
| ELECTRIC CO., LTD.; MARVELL | § | |
| SEMICONDUCTOR, INC., MEDIATEK, | § | |
| INC.; SANYO ELECTRIC CO., LTD.; | § | |
| SANYO NORTH AMERICA | § | |
| CORPORATION; SANYO | § | |
| MANUFACTURING CORPORATION; | § | |
| TOP VICTORY ELECTRONICS | § | |
| (TAIWAN) CO., LTD.; TOP VICTORY | § | |
| ELECTRONICS (FUJIAN) CO., LTD.; | § | |
| TPV TECHNOLOGY LIMITED; TPV | § | |
| INTERNATIONAL (USA) INC.; VIZIO, | § | |
| INC.; AND ZORAN CORPORATION. | § | |
| DEFENDANTS. | § | |

## ORDER

Before the court in the above-styled and numbered cause of action are Plaintiff's Opposed Motion for Clarification of the Court's Order Granting Jurisdictional Discovery (Dkt. No. 108), or In the Alternative, Motion for Leave to Serve Requests for Production on MediaTek, and Plaintiff's Motion for Leave to Extend the Deadline for Completing Jurisdictional Discovery, filed June 24, 2013 (Clerk's Doc. No. 111), and MediaTek's Response to Plaintiff's Opposed Motion for Clarification of the Court's Order Granting Jurisdictional Discovery (Dkt. No. 108), or In the Alternative, Motion for Leave to Serve Requests for Production on MediaTek, and Plaintiff's Motion

for Leave to Extend the Deadline for Completing Jurisdictional Discovery, filed July 1, 2013 (Clerk's Doc. No. 112). Having considered the motion, response, and record in this cause, the court is of the opinion the motion should be denied. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Opposed Motion for Clarification of the Court's Order Granting Jurisdictional Discovery (Dkt. No. 108), or In the Alternative, Motion for Leave to Serve Requests for Production on MediaTek, and Plaintiff's Motion for Leave to Extend the Deadline for Completing Jurisdictional Discovery (Clerk's Doc. No. 111) is **DENIED**.

SIGNED this **2nd** day of July, 2013.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE