IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREESCALE SEMICONDUCTOR, INC. | § | CIVIL ACTION NO. 1:12-cv-644-LY |
| | § | (LEAD CASE) |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| FUNAI CORPORATION, INC.; | § | |
| FUNAI ELECTRIC CO, LTD.; | § | |
| CSR TECHNOLOGY, INC.; ZORAN | § | |
| CORPORATION; MEDIATEK INC.; | § | |
| MEDIATEK USA INC.; | § | |
| VIZIO, INC.; SANYO ELECTRIC CO., LTD.; | § | |
| SANYO NORTH AMERICA CORPORATION; | § | |
| SANYO MANUFACTURING | § | |
| CORPORATION; TPV TECHNOLOGY | § | |
| LIMITED; TPV INTERNATIONAL (USA) | § | |
| INC.; TOP VICTORY ELECTRONICS | § | |
| (TAIWAN) CO., LTD.; TOP VICTORY | § | |
| ELECTRONICS (FUJIAN) CO., LTD.; | § | |
| ENVISION PERIPHERALS, INC.; AMTRAN | § | |
| TECHNOLOGY CO., LTD; | § | |
| AMTRAN LOGISTICS, INC., AND | § | |
| MARVELL SEMICONDUCTOR, INC. | § | |
| | § | |
| Defendants. | § | |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to the Court's Scheduling Order issued on January 14, 2013, the parties hereby submit this Joint Claim Construction Statement.

-2-

Dated: July 8, 2013　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:   /s/*Alan D Albright*
　　　　　　　　　　　　　　　　　　　　　　　Alan D Albright
　　　　　　　　　　　　　　　　　　　　　　　State Bar No. 00973650
　　　　　　　　　　　　　　　　　　　　　　　Email:  alan.albright@bgllp.com
　　　　　　　　　　　　　　　　　　　　　　　Barry K. Shelton
　　　　　　　　　　　　　　　　　　　　　　　State Bar No. 24055029
　　　　　　　　　　　　　　　　　　　　　　　Email:  barry.shelton@bgllp.com
　　　　　　　　　　　　　　　　　　　　　　　Michael Chibib
　　　　　　　　　　　　　　　　　　　　　　　State Bar No. 00793497
　　　　　　　　　　　　　　　　　　　　　　　Email:  michael.chibib@bgllp.com
　　　　　　　　　　　　　　　　　　　　　　　BRACEWELL & GIULIANI LLP
　　　　　　　　　　　　　　　　　　　　　　　111 Congress Avenue, Suite 2300
　　　　　　　　　　　　　　　　　　　　　　　Austin, Texas  78701
　　　　　　　　　　　　　　　　　　　　　　　(512) 472-7800
　　　　　　　　　　　　　　　　　　　　　　　(512) 472-9123 fax

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff,*
　　　　　　　　　　　　　　　　　　　　*Freescale Semiconductor, Inc.*

-3-

By: /s/ *Courtney Stewart*
John M. Guaragna
Texas Bar No. 24043308
john.guaragna@dlapiper.com
Courtney Stewart
Texas Bar No. 24042039
courtney.stewart@dlapiper.com
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Telephone: (512) 457-7000
Facsimile: (512) 457-7001

Mark D. Fowler (pro hac vice)
mark.fowler@dlapiper.com
Alan A. Limbach (pro hac vice)
alan.limbach@dlapiper.com
Timothy W. Lohse (pro hac vice)
timothy.lohse@dlapiper.com
Brent K. Yamashita (pro hac vice)
brent.yamashita@dlapiper.com
Michael G. Schwartz (pro hac vice)
michael.schwartz@dlapiper.com
Aaron W ainscoat (pro hac vice)
aaron.wainscoat@dlapiper.com
Erik R. Fuehrer (pro hac vice)
erik.fuehrer@dlapiper.com
Tiffany Nichols (pro hac vice)
tiffany.nichols@dlapiper.com
Summer Krause (pro hac vice)
summer.krause@dlapiper.com
Katherine Cheung (pro hac vice)
katherine.cheung@dlapiper.com
DLA PIPER LLP (US)
2000 University A venue
East Palo Alto, CA 94303-2214
(650) 833-2000
(650) 844-2001 -Fax
***ATTORNEYS FOR DEFENDANTS***
***CSR TECHNOLOGY INC. AND ZORAN***
***CORPORATION***

By: /s/ B. Russell Horton
B. Russell Horton
Texas Bar No. 10014450
rhorton@gbkh.com
GEORGE BROTHERS KINCAID &
HORTON, L.L.P.
114 W. 7th Street, Suite 11 00
Austin, TX 78701
(512) 495-1400
(512) 499-0094- Fax

Kevin P.B. Johnson *(pro hac vice)*
kevinjohnson@quinnemanuel.com
Mark Tung *(pro hac vice)*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
(650) 801-5100- Fax

Sean S. Pak *(pro hac vice)*
seanpak@quinnemanuel.com
Peter A. Klivans *(pro hac vice)*
James D. Judah *pro hac vice)*
jamesjudah@quinnemanuel.com
Brian Mack *(pro hac vice)*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
(415) 875-6700- Fax

Debra Ann Lange *(pro hac vice)*
DLange@foley.com
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 600
Washington, DC 20007
(202) 945-6143
(202) 672-5399 -Fax

Steven J. Rizzi *(pro hac vice)*
SRizzi@foley.com
FOLEY & LARDNER LLP
90 Park A venue
New York, NY 10016
(212) 682-7474

(212) 687-2329- Fax

Victor de Gyarfas *(pro hac vice)*
vdegyarfas@foley.com
FOLEY & LARDNER LLP
555 S. Flower St., Suite 3500
Los Angeles, CA 90071-2411
(213) 972-4500
(213) 486-0065 – Fax

**ATTORNEYS FOR DEFENDANT
MARVELL SEMICONDUCTOR, INC.**

By: */s/ Keith L. Slenkovich*
Keith L. Slenkovich (pro hac vice)
keith.slenkovich@wilmerhale.com
Nathan L. Walker (pro hac vice)
nathan.walker@wilmerhale.com
Matthew Hawkinson (pro hac vice)
matthew.hawkinson@wilmerhale.com
Tobias W. Mock (pro hac vice)
tobias.mock@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6000
(650) 858-6100- Fax

Michael E. Richardson
Texas Bar No. 24002838
mrichardson@brsfirm.com
BECK REDDEN & SECREST, LLP
One Houston Center
1221 McKinney Street, Suite 4500
Houston, TX 77010
(713) 951-3700
(713) 951-3720- Fax

**ATTORNEYS FOR DEFENDANTS
MEDIATEK INC. AND MEDIATEK
USA INC.**

**By:** */s/ Christopher J Higgins*
Steven J. Routh
Sten Jensen
Christopher J. Higgins
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street N.W.
Washington, D.C. 20005-1706
(202) 339-8400

William H. Wright
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 9001 7
(213) 612-2478

George B. Butts
Texas Bar No. 03543500
8911 North Capital of Texas Highway, Suite 2120
Austin, TX 78759
(512) 815-7872

Paul Devinsky
Christopher L. May
McDERMOTT WILL & EMERY LLP
500 North Capital Street NW
Washington, DC 20005-3096
(202) 756-8000
(202) 756-8087 -Fax

Gary Zausmer
WINSTEAD, P.C.
401 Congress Ave., Suite 2100
Austin, TX 78701
(512) 370-2800
(512) 370-2850- Fax

**ATTORNEYS FOR DEFENDANTS FUNAI ELECTRIC CO, LTD. AND FUNAI CORPORATION, INC.**

By: */s/ Melissa Richards Smith*
  Melissa Richards Smith
  Texas BarNo. 24001351
  melissa@gillamsmithlaw.com
  GILLAM AND SMITH, LLP
  303 South Washington Avenue
  Marshall, TX 75670
  (903) 934-8450
  (903) 934-9257 - Fax

  Timothy J. Vezeau (pro hac vice)
  Michael A. Dorfman (pro hac vice)
  Dennis C. Lee (pro hac vice)
  KATTEN MUCHIN ROSENMAN, LLP
  525 West Monroe Street
  Chicago, IL 60661
  (312) 902.5200
  (312) 902.1061 –Fax

  **ATTORNEYS FOR DEFENDANTS SANYO ELECTRIC CO., LTD., SANYO MANUFACTURING CORPORATION AND SANYO NORTH AMERICA CORPORATION**


By: */s/ Steven Basileo*
  Mark A. Samuels (pro hac vice)- Lead Counsel
  Brian M. Berliner (pro hac vice)
  Vision L. Winter (pro hac vice)
  Steven Basileo (pro hac vice)
  O'MELVENY & MYERS LLP
  400 South Hope Street
  Los Angeles, CA 90071-2899
  (213) 430-6000
  (213) 430-6407 - Fax

  Deron Dacus
  Texas Bar No. 00790553
  THE DACUS FIRM, P.C.
  821 ESE Loop 323, Suite 430
  Tyler, TX 75701
  (903) 705-1117- Phone & Fax

  **ATTORNEYS FOR DEFENDANTS**

        **TPV TECHNOLOGY LIMITED, TPV INTERNATIONAL (USA), INC., TOP VICTORY ELECTRONICS (TAIWAN) CO., LTD., TOP VICTORY ELECTRONICS (FUJIAN) CO., LTD., AND ENVISION PERIPHERALS, INC.**

By: */s/ Brady Cox*
    Brady Cox
    Texas Bar No. 24074084
    brady.cox@alston.com
    ALSTON & BIRD LLP
    2828 N. Harwood Street, Suite 1800
    Dallas, TX 75201
    (214) 922-3400
    (214) 922-3899- Fax

    Yitai Hu (pro hac vice)
    yitai.hu@alston.com
    Elizabeth H. Rader (pro hac vice)
    elizabeth.rader@alston.com
    ALSTON & BIRD LLP
    275 Middlefield Road, Suite 150
    Menlo Park, CA 94025-4008
    (650) 838-2121
    (650) 838-2001 -Fax

    Ryan W. Koppelman (pro hac vice)
    ryan.koppelman@alston.com
    ALSTON & BIRD LLP
    One Atlantic Center
    1201 West Peachtree Street, Suite 4200
    Atlanta, GA 30309-3424
    (404) 881-7000
    (404) 881-7777- Fax

    **ATTORNEYS FOR DEFENDANTS AMTRAN TECHNOLOGY CO., LTD. AND AMTRAN LOGISTICS, INC.**

By: */s/ Azar Mouzari*
    Azar Mouzari (pro hac vice)
    amouzari@gibsondunn.com
    GIBSON, DUNN & CRUTCHER LLP
    2029 Century Park East

-9-

Los Angeles, CA 90067-3026
(310) 551-8702
(31 0) 552-7022 - Fax

Mark N. Reiter
Texas Bar No. 16759900
mreiter@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Ave. Ste. 11 00
Dallas, TX 75201-6901
(214) 968-33760
(214) 571-2907- Fax

Jason C. Lo (pro hac vice)
jlo@gibsondunn.com
Jeffrey G. Lau (pro hac vice)
jglau@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
(213) 229-7520- Fax

**ATTORNEY FOR DEFENDANT VIZIO,INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(b)(1) on July 8, 2013:

All others will be served via e-mail.

*/s/ Alan D Albright*
Alan D Albright

**JOINT CLAIM CONSTRUCTION CHART FOR DISPUTED CLAIM TERMS**

| | | U.S. Patent No. 5,467,455 | |
|---|---|---|---|
| **Claim Term** | **Claims** | **Plaintiff's Proposed Construction** | **Defendants' Proposed Construction** |
| *dynamic termination circuitry* | 22 | "circuitry for signal termination that is selectively enabled or disabled in response to an enable signal whose assertion is based, at least in part, on the direction of data signals on the bus" | "signal termination circuitry that is allowed to be enabled only when data is incoming to the device" |
| *physically separated termination circuits* | 22-24, 26 | "distinct termination circuits" | Plain and ordinary meaning<br><br>Alternatively,<br><br>"one or more distinct termination circuits" |
| *terminal for communicating parallel binary data* | 22, 26 | "a plurality of external pins communicating parallel binary data" | Plain and ordinary meaning<br><br>Alternatively,<br><br>"a connection for communicating parallel binary data" |
| "*at least one device*"<br><br>*or*<br><br>"*one device*" | 22, 27 | "at least one device":<br>No construction necessary (plain and ordinary meaning) | "one device":<br>"a single circuit element, such as a single transistor, within each termination circuit" |

| **U.S. Patent No. 5,467,455** | | | |
|---|---|---|---|
| **Claim Term** | **Claims** | **Plaintiff's Proposed Construction** | **Defendants' Proposed Construction** |
| *optimal impedance* | 28 | "the proper impedance, selected from among a plurality of possible impedances within a given system, for reducing signal reflections on a transmission line or bus" | "the best impedance, selected from among a plurality of possible impedances within a given system, for reducing signal reflections on a transmission line or bus" |
| *read/write signal that indicates when the integrated circuit is being subject to a read or write operation* | 28 | No construction necessary (plain and ordinary meaning) | "a signal that takes one logic value indicating a read operation and a different logic value indicating a write operation" |
| *determining an optimal impedance required for the plurality of terminals* | 28 | "selecting an optimal impedance among a group of possible impedances required for the plurality of terminals" | This claim is invalid for lacking a sufficient supporting written description and for a lack of enabling disclosure under 35 U.S.C. §112, ¶1. |

**JOINT CLAIM CONSTRUCTION CHART FOR DISPUTED CLAIM TERMS**

| \ | U.S. Patent No. 5,943,274 | | |
|---|---|---|---|
| **Claim Term** | **Claims** | **Plaintiff's Proposed Construction** | **Defendants' Proposed Construction** |
| *level converter* | 1, 6, 9 | "a circuit that converts inputs at one level to outputs at a different level" | "a circuit that converts small signal inputs from the differential amplifier to nearly CMOS level outputs to the clock-free latch" |
| *impedance control circuit* | 1, 11 | "a circuit that selectively provides a high impedance state" | "a circuit that provides a high impedance state at the output of the level converter" |
| *switching element* | 11 | "a circuit element performing a switching function" | Plain and ordinary meaning<br><br>Alternatively,<br><br>"a circuit element that has a conducting state and a non-conducting state" |
| *level converting* | 14, 20 | "converting inputs at one level to outputs at a different level" | "converting small signal inputs from the amplifying step to nearly CMOS level outputs to the clock-free latch" |
| *change in impedance* | 14, 20 | No construction necessary (plain and ordinary meaning) | "a transition between a high impedance state and a low impedance state" |

# JOINT CLAIM CONSTRUCTION CHART FOR DISPUTED CLAIM TERMS

| **U.S. Patent No. 6,920,316** | | | |
|---|---|---|---|

| **Claim Term** | **Claims** | **Plaintiff's Proposed Construction** | **Defendants' Proposed Construction** |
|---|---|---|---|
| *protection device* | 6,7 | "an electrostatic discharge protector" | This claim term should not be construed separately from the clause "a protection device for protecting said input capacitor from damage during an electrostatic discharge event," which is a means-plus-function clause under 35 U.S.C. 112 ¶6.  See below. |
| *a protection device for protecting said input capacitor from damage during an electrostatic discharge event* | 6,7 | The phrase is not a means-plus-function clause under 35 U.S.C. § 112, ¶6. "Protection device" is defined above; no further construction is necessary (plain and ordinary meaning).<br><br>To the extent the Court determines that the phrase is a means-plus-function clause, then in the alternative:<br><br>Structure: electrostatic discharge protector<br><br>Function: protecting the input capacitor from damage during an electrostatic discharge event | This clause is a means-plus-function clause under 35 U.S.C. §112, ¶6. There is no corresponding structure in the specification, so the claim is indefinite. |

*Freescale Semiconductor, Inc. v AmTran Technology Co., Ltd. et al*

**JOINT CLAIM CONSTRUCTION CHART FOR DISPUTED CLAIM TERMS**

| U.S. Patent No. 7,927,927 | | | |
|---|---|---|---|
| **Claim Term** | **Claims** | **Plaintiff's Proposed Construction** | **Defendants' Proposed Construction** |
| *arranged in an array* | 1, 11 | No construction necessary (plain and ordinary meaning)<br><br>Alternatively,<br><br>"positioned in a row and column format" | "positioned in a row and column format and including all package sites located in each row and column" |
| *a singulation space* | 1, 11 | No construction necessary (plain and ordinary meaning)<br><br>Alternatively,<br><br>"a separation space" | "all portions of the substrate separating the individual package sites in the array" |
| *a rigid printed circuit board substrate* | 1, 11 | "a printed circuit board substrate that is reinforced with fibers" | Indefinite; see Defendants' Amended Invalidity Contentions for the '927 Patent |
| *forming a cavity containing the plurality of substantially identical package sites* | 1, 11 | No construction necessary (plain and ordinary meaning)<br><br>Alternatively,<br><br>"placing or forming a barrier on the substrate that surrounds the plurality of substantially identical package sites to define a space" | "placing or forming a barrier on the substrate that surrounds the array of substantially identical package sites to define a space with an open top for holding the encapsulant" |
| *overmolding* | 1, 2, 11, 12 | "forming encapsulating material in a cavity of a defined shape over one or more components on only one side of a substrate" | "placing a mold on the barrier to close the open top of the space whereby the mold defines the top surface of the encapsulant in the space" |

| U.S. Patent No. 7,927,927 | | | |
|---|---|---|---|
| **Claim Term** | **Claims** | **Plaintiff's Proposed Construction** | **Defendants' Proposed Construction** |
| *[overmolding] a single and continuous encapsulant over each semiconductor device, the plurality of sites, and the singulation space* | 1 | "overmolding" is defined above; no further construction is necessary (plain and ordinary meaning).<br><br>Alternatively, a construction for "a singulation space" is provided above | "covering each and every semiconductor device, each and every site in the array, and the singulation space with a layer of encapsulant" |
| *[overmolding] an encapsulant over the plurality of sites and the singulation space* | 11 | "overmolding" is defined above; no further construction is necessary (plain and ordinary meaning).<br><br>Alternatively, a construction for "a singulation space" is provided above | "covering each and every semiconductor device, each and every site in the array, and the singulation space with a layer of encapsulant" |
| *a top surface* | 1, 11 | "the outermost surface of the encapsulant on a packaged semiconductor device" | Ordinary meaning / no construction required |
| *a top surface planarity deviation* | 11 | "the difference between the average height of the entire top surface and the point most removed from the average" | See below; term should be construed in context |
| *surface deviation* | 1 | | |
| *[a top surface of the continuous encapsulant which has] a surface deviation of less than 0.13 millimeters across the top surface of the continuous encapsulant* | 1 | "surface deviation," "top surface," and "a top surface planarity deviation" are defined above; no further construction is necessary (plain and ordinary meaning) | Indefinite; see Defendants' Amended Invalidity Contentions for the '927 Patent<br><br>Alternatively,<br><br>"the difference between the highest point and lowest point of the top surface of the encapsulant is less than 0.13 millimeters" |
| *a top surface planarity deviation of less than 0.13 millimeters* | 11 | | |