IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION
| | | |
|---|---|---|
| FREESCALE SEMICONDUCTOR, INC., | § | |
| Plaintiff, | § | |
| v. | § | |
| AMTRAN TECHNOLOGY CO., LTD.; AMTRAN LOGISTICS, INC.; AOC INTERNATIONAL (USA) LTD.; CSR TECHNOLOGY, INC.; ENVISION PERIPHERALS, INC., FUNAI CORPORATION, INC.; FUNAI ELECTRIC CO., LTD.; MARVELL SEMICONDUCTOR, INC., MEDIATEK, INC.; MEDIATEK USA INC.; SANYO ELECTRIC CO., LTD.; SANYO NORTH AMERICA CORPORATION; SANYO MANUFACTURING CORPORATION; TOP VICTORY ELECTRONICS (TAIWAN) CO., LTD.; TOP VICTORY ELECTRONICS (FUJIAN) CO., LTD.; TPV TECHNOLOGY LIMITED; TPV INTERNATIONAL (USA) INC.; VIZIO, INC.; AND ZORAN CORPORATION. | § | CAUSE NO. 1:12-CV-644-LY |
| Defendants. | § | |

**PROPOSED ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS IN SUPPORT OF DEFENDANT MEDIATEK INC.'S MOTION TO DISMISS PLAINTIFF'S CONSOLIDATED AMENDED COMPLAINT**

Defendant MediaTek Inc.'s Motion to File Under Seal Certain Exhibits in Support of Defendant MediaTek's Motion to Dismiss Plaintiff's Consolidated Amended Complaint, having come before this Court, and good cause appearing,

IT IS HEREBY ORDERED THAT the Motion to File Under Seal Certain Exhibits in Support of Defendant MediaTek's Motion to Dismiss Plaintiff's Consolidated Amended Complaint is GRANTED.

IT IS FURTHER ORDERED THAT the following exhibits to the Hawkinson Declaration in Support of Defendant's Motion to Dismiss Plaintiff's Consolidated Amended Complaint be maintained under seal pursuant to Civil Local Rule 5.2:

1. Exhibit B-3: Transcript Excerpts From the Deposition of Alex Chen, August 2, 2013

2. Exhibit B-4: Transcript Excerpts From the Deposition of Russell Yin, July 29, 2013; and

3. Exhibit B-5: Defendant MediaTek Inc.'s Response to Plaintiff Freescale Semiconductor, Inc.'s First Set of Interrogatories Regarding Personal Jurisdiction (Nos. 1-15) and Defendant MediaTek Inc.'s Response to Plaintiff Freescale Semiconductor, Inc.'s Second Set of Interrogatories Regarding Personal Jurisdiction (Nos. 16-24).

Signed this 21ST day of August, 2013.

The Honorable Lee Yeakel
United States District Judge

vi