# Exhibit C-5

# THE OXFORD UNIVERSAL DICTIONARY

## ON HISTORICAL PRINCIPLES

PREPARED BY

WILLIAM LITTLE
M.A., late Fellow of Corpus Christi College, Oxford

H. W. FOWLER
M.A. OXON.

J. COULSON
B.A. LEEDS

REVISED AND EDITED BY

C. T. ONIONS
C.B.E., F.B.A.
M.A. LOND.; M.A., HON. D.LITT. OXON.; HON. LITT.D. LEEDS;
HON. LL.D BIRMINGHAM; HON. F.R.S.L.
Fellow and Librarian of Magdalen College
Sometime Reader in English Philology in the University of Oxford
Co-Editor of the Oxford English Dictionary
Corresponding Fellow of the Mediaeval Academy of America

*THIRD EDITION*
*REVISED WITH ADDENDA*

OXFORD
AT THE CLARENDON PRESS

*Oxford University Press, Amen House, London E.C.4*
GLASGOW NEW YORK TORONTO MELBOURNE WELLINGTON
BOMBAY CALCUTTA MADRAS KARACHI CAPE TOWN IBADAN
*Geoffrey Cumberlege, Publisher to the University*

FIRST PUBLISHED, FEBRUARY 1933
REPRINTED, WITH CORRECTIONS, MARCH 1933, APRIL 1933
REPRINTED 1934. SECOND EDITION 1936; REPRINTED 1939
THIRD EDITION 1944; REPRINTED, WITH CORRECTIONS, 1947
REPRINTED 1950, 1952
WITH CORRECTIONS AND REVISED ADDENDA, 1955

PRINTED IN THE UNITED STATES OF AMERICA
BY RAND MCNALLY & COMPANY, CONKEY DIVISION

ful; to thrive, succeed, do well. **2.** *trans.* To cause to flourish; to be propitious to 1530.

1. What soeuer he doth, it shal prospere COVERDALE *Ps.* i. 3. Why wicked men have often prospered in this world HOBBES. Where such Plants grow and p. 1682. 2. O prospere thou oure hondy worke COVERDALE Ps. lxxxix (= xc of A.V.) 17. If Heaven prospered them, they might seize a Spanish ship 1855.

**Prosperity** (prǫspe·riti). [ME. a. F. *prospérité*, ad. L. *prosperitas, -tatem*, f. *prosper, prosperus*; see -ITY.] The condition of being prosperous; good-fortune, success, well-being. **b.** *pl.* Instances of prosperity, prosperous circumstances ME.

P. is not apt to receive good lessons, nor always to give them BURKE. b. The vitious and bad triumph with so great prosperities 1598.

**Prosperous** (prǫ·spərəs), *a.* 1445. [a. obs. F. *prospereus*, f. L. *prosper*; see -OUS.] **1.** Having continued success or good fortune; flourishing 1472. **2.** Promoting or conducing to success; favourable, propitious 1445.

1. The Churches Prayers made him so p. SHAKS. The causes which make one nation more rich and p. than another 1878. 2. We sayled euer with p. wynde 1555. Hence **Pro·sperous-ly** *adv.*, **-ness.**

**Prosphysis** (prǫ·sfisis), *a.* 1693. [mod.L., a. Gr. πρόσφυσις, f. πρός to + φύσις growth.] *Path.* An adhesion; morbid adhesion of parts.

**Prostate** (prǫ·steit), *sb.* (*a.*) 1646. [ad. med.L. *prostata*, ad. Gr. προστάτης one who stands before, f. προϊστάναι.] *Anat.* A large gland, or each of a number of small glands, accessory to the male generative organs, surrounding the neck of the bladder and the commencement of the urethra, in man and other Mammalia. **b.** *attrib.* or *adj.*, esp. in *p. gland* 1754. Hence **Prosta·tic** *a.* pertaining to, produced by, or connected with the p.; *prostatic body, gland*, the p. ‖**Prostati·tis**, inflammation of the p.

‖**Prosternum** (pro,stə̄·rnǒm). 1826. [mod. L., f. PRO-[2] 2 + STERNUM.] *Entom.* The sternal, ventral, or under segment of the prothorax of an insect.

‖**Prostheca** (prǫs,þī·kă). 1826. [mod.L., ad. Gr. προσθήκη, f. προστιθέναι to put to, add.] *Entom.* A process on the mandibles in certain coleopterous insects.

‖**Prosthesis** (prǫ·sþīsis). 1553. [L., a. Gr. πρόσθεσις, f. προστιθέναι.] **1.** *Gram.* The addition of a letter or syllable at the beginning of a word. **2.** *Surg.* That part of surgery which consists in supplying deficiencies, as by artificial limbs, teeth, etc. 1706.

**Prosthetic** (prǫsþe·tik), *a.* 1837. [ad. mod. L. **prostheticus*, ad. Gr. προσθετικός of the nature of addition, f. πρόσθετος added, vbl. adj. of προστιθέναι; see prec. and -IC.] **1.** *Gram.* Pertaining to, or of the nature of prosthesis; prefixed, as a letter or syllable. **2.** *Surg.* Pertaining to or of the nature of prosthesis 1902.

**Prostitute** (prǫ·stitiūt), *ppl. a.* and *sb.* 1563. [ad. L. *prostitutus*, pa. pple. of *prostituere*, f. *pro* PRO-[1] + *statuere* to cause to stand, place.] **A.** *adj.* **1.** Offered or exposed to lust (as a woman), prostituted; also, licentious. (Sometimes const. as *pa. pple.*) Now *rare* or *Obs.* 1572. **2.** *fig.* Debased or debasing; abandoned; corrupt. Now *rare.* 1563. †**3.** Given over, devoted; exposed, subjected (*to* something, usu. evil) -1708.

1. Made bold by want, and p. for bread PRIOR. 2. No courtier, even the most p., could go farther than the parliament itself 1754.

**B.** *sb.* **1.** A woman who is devoted, or (usu.) offers her body to indiscriminate sexual intercourse, esp. for hire; a common harlot 1613. **2.** A person given over to infamous practices; an abandoned person; *esp.* a base hireling, a corrupt and venal politician. Now *rare.* 1647.

1. Your friendship as common as a prostitute's favours GOLDSM. 2. He [Lord Brougham] is a notorious p., and is setting himself up to sale 1804.

**Prostitute** (prǫ·stitiūt), *v.* 1530. [f. L. *prostitut-*, *prostituere*; see prec.] **1.** *trans.* To offer (oneself, or another) to unlawful, esp. indiscriminate, sexual intercourse, usu. for hire; to devote or expose to lewdness. (Chiefly *refl.* of a woman.) **b.** To seduce, debauch (a woman). *rare.* 1658. **2.** *fig.* To surrender or put to an unworthy or infamous use; to sell for base gain or hire 1593.

1. *Lev.* xix. 29. He recovered his liberty by prostituting the honour of his wife GIBBON. 2. Justice was prostituted in the ordinary courts to the royal will GREEN. So **Pro·stitutor**, one who prostitutes (usu. *fig.*) 1611.

**Prostitution** (prǫstitiū·ʃən). 1553. [ad. late L. *prostitutionem*, f. *prostituere* to PROSTITUTE.] **1.** Of women: The offering of the body to indiscriminate lewdness for hire (esp. as a practice or institution); whoredom, harlotry. **2.** *fig.* Devotion to an unworthy use; degradation, debasement, corruption 1647.

1. P. seems never to have been recognized at Rome as a legal institution 1878. 2. The p. of their talents to gratify..personal animosities 1874.

**Prostrate** (prǫ·strēt, -eit), *a.* late ME. [ad. L. *prostratus*, pa. pple. of *prosternere.*] **1.** In strict use, Lying with the face to the ground in token of submission or humility; more loosely, Lying at full length (on the ground or other surface). **b.** Of things usu. erect, as trees, pillars, etc.: Levelled with the ground, overthrown 1677. **2.** *fig.* Laid low in mind or spirit; submissive; overcome, powerless 1591. **b.** In a state of physical exhaustion or complete weakness; unable to rise or exert oneself 1871. **3.** *Bot.* In its habit of growth, lying flat upon the ground; procumbent 1776. **b.** Closely appressed to the surface; lying flat: as, p. hairs or setæ.

1. Whiles we on grassie bed did lie p. 1642. b. The mournful waste Of p. altars WORDSW. 2. The violent reaction which had laid the Whig party p. MACAULAY. Hence **Pro·strately** *adv.*

**Prostrate** (prǫ·streit), *v.* *Pa. t.* and *pple.* prostrated. late ME. [f. L. ppl. stem *prostrat-*; see prec.] †**1.** *intr.* To become prostrate; = sense 3. -1755. **2.** *trans.* To lay flat on the ground, etc.; to throw down, level with the ground, overthrow (something erect) 1483. **3.** *refl.* To cast oneself down prostrate; to bow to the ground in reverence or submission 1530. **4.** *trans. fig.* To lay low, overcome; to make submissive or helpless 1562. **b.** To reduce to extreme physical weakness: said of disease, fatigue, and the like 1829.

2. A storme, that all things doth p. SPENSER. 3. Sethos, upon entring, prostrated himself at his feet 1732. 4. You are to p. your reason to divine revelation KEN. b. He appeared exceedingly low and prostrated 1843.

**Prostration** (prǫstrē·ʃən). 1526. [a. F., or ad. late L. *prostrationem*, f. *prosternere.*] **1.** The action of prostrating oneself or one's body, esp. as a sign of humility, adoration, or servility; the condition of being prostrated, or lying prostrate. **2.** *fig.* Veneration; abject submission, adulation; humiliation, abasement 1646. **3.** *fig.* Debasement of any exalted principle or faculty 1647. **4.** Extreme physical weakness or exhaustion; also extreme dejection 1651. **5.** The reduction of a country, party, or organization to a prostrate or powerless condition 1844.

1. The comely prostrations of the body..in time of Divine Service 1645. 2. The p. of the intellect 1823. 4. Nervous p. 1887. 5. The p. of Greece under the Turkish yoke 1844.

**Prostrative** (prǫ·strĕtiv), *a.* *rare.* 1817. [f. L. ppl. stem *prostrat-* + -IVE.] **a.** Having the quality or faculty of prostrating. **b.** Characterized by prostration or abjectness.

**Prostyle** (prōu·stəil), *sb.* and *a.* 1696. [ad. L. *prostylos* adj. having pillars in front, also sb.; see PRO-[2] and STYLE *sb.*] *Anc. Arch.* **A.** *sb.* A portico in front of a Greek temple, of which the columns stood in front of the building 1697. **B.** *adj.* Having a prostyle 1696.

**Prosy** (prōu·zi), *a.* 1821. [f. PROSE *sb.* + -Y[1].] **1.** Resembling, or having the character of, prose. Sometimes = PROSAIC 2; commonplace and tedious; dull and wearisome. **2.** Of persons: Given to talking or writing in a commonplace, dull, or tedious way 1838.

**Prosyllogism** (pro,si·lŏdʒiz'm). 1584. [ad. med.L. *prosyllogismus*, ad. Gr. προσυλλογισμός; see PRO-[2] and SYLLOGISM.] *Logic.* A syllogism of which the conclusion forms the major or minor premiss of another syllogism.

**Protagon** (prōu·tăgǫn). 1869. [a. G., f. Gr. πρῶτος first + ἄγον, neut. pres. pple. of ἄγειν to lead.] *Physiol. Chem.* A highly complex crystalline substance, containing nitrogen and phosphorus, found in brain and nerve tissue.

**Protagonist** (protæ·gŏnist). 1671. [ad. Gr. πρωταγωνιστής, f. πρῶτος first + ἀγωνιστής combatant, actor.] **1.** The chief personage in a drama; the principal character in the plot of a story, etc. **2.** A leading personage in any contest; a champion of any cause 1839.

1. 'Tis charg'd upon me that I make debauch'd Persons..my protagonists, or the chief persons of the drama DRYDEN.

**Protamine** (prōu·tămǝin). 1895. [f. Gr. πρωτο- PROTO- 3 c + AMINE.] *Physiol. Chem.* One of the simple proteins, a basic organic substance $C_{18}H_{32}N_9O_2$.

**Protandrous** (protæ·ndrəs), *a.* 1875. [f. PROT(O)- + -ANDROUS.] *Bot.* = PROTERANDROUS. So **Prota·ndric** *a.*

‖**Protasis** (prǫ·tăsis). 1616. [Late L., a. Gr. πρότασις a stretching forward, etc., f. πρό PRO-[2] + τάσις, f. τείνειν to stretch.] **1.** That which is put forward; a proposition, a maxim (*rare*) 1656. **2.** In the ancient drama, The first part of a play, in which the characters are introduced, as opp. to the *epitasis* and *catastrophe* 1616. **3.** *Gram.* and *Rhet.* The first or introductory clause in a sentence, *esp.* in a conditional sentence; opp. to the *apodosis* 1638.

**Protatic** (protæ·tik), *a.* 1668. [ad. late L. *protaticus*, a. Gr. προτατικός, f. πρότασις PROTASIS.] Of or pertaining to the or a protasis; in *p. character, person*, appearing only in the protasis (sense 2).

‖**Protea** (prōu·tīă). 1753. [mod.L., generic name (Linn.), f. PROTEUS, in allusion to the great variety of the species.] *Bot.* A large genus of shrubs or small trees, type of the *Proteaceæ*, chiefly natives of S. Africa, bearing large cone-like heads of flowers; also, a plant of this genus.

**Proteaceous** (prōuti,ē·ʃəs), *a.* 1835. [f. mod.L. *Proteaceæ*, f. prec.; see -ACEOUS.] Of or pertaining to the *Proteaceæ*, a natural order of trees, shrubs, or (rarely) perennial herbs, mainly S. African and Australian, typified by the genus *Protea*.

**Protean** (prōu·tī,ăn), *a.* 1598. [f. PROTEUS + -AN.] Of or pertaining to Proteus; like that of Proteus; hence, variable in form; characterized by variability or variation; changing, varying. **b.** *spec. Zool.* Varying in shape; of or pertaining to the proteus-animalcule; amœboid, proteiform 1802. Hence **Pro·teanly** *adv. rare*, with variation of form.

**Protect** (protĕ·kt), *v.* 1526. [f. ppl. stem of L. *protegere*, f. *pro* PRO-[1] + *tegere* to cover.] **1.** *trans.* To defend or guard from injury or danger; to shield; to keep safe, take care of; to extend patronage to. **b.** To act as official or legal protector or guardian of SHAKS. **2.** *Pol. Econ.* To assist or guard (a home industry) against the competition of foreign productions by means of imposts on the latter 1827. **3.** *Comm.* To provide funds to meet (a draft or bill of exchange) 1884. **4. a.** To furnish (*spec.* war-ships) with a protective covering 1839. **b.** To provide (machinery, etc.) with appliances to prevent injury from it 1900.

1. To every man remaineth..the right of protecting himselfe HOBBES. To p. the eyes from..excessive light 1879. b. 2 *Hen. VI*, II. iii. 29. 2. Their industries were protected and ours were not 1885. Hence **Prote·ctingly** *adv.*

**Protectee** (protĕktī·). 1602. [f. PROTECT *v.* + -EE.] One who is under protection; *spec.* in 16–17th c., †an Irishman who had accepted the protection of the English government.

**Protection** (protĕ·kʃən). [Late ME. a. F., ad. late L. *protectionem*, f. *protegere.*] **1.** The action of protecting; the fact or condition of being protected; defence from harm, danger, or evil; patronage, tutelage. **b.** *euphem.* The keeping of a mistress in a separate establishment 1677. **2.** A thing or person that protects. late ME. **3.** A writing that protects or secures from molestation; a safe-conduct, passport, pass. In U. S. a certificate of American citizenship issued by the customs authorities to seamen. 1450. **4.** *Pol. Econ.* The theory or system of protecting home industries

against foreign competition by imposing duties or the like on foreign productions 1828.

1. I leve this castel in your proteccyon & sauff garde CAXTON. Ireland..must be protected, and there is no p. to be found for her, but either from France or England BURKE. 2. His quiver and his laurel 'Gainst four such eyes were no p. GRAY. 3. Moved that the speaker sign protections for such persons as are called before the Committee for inspecting Treasury and Revenue 1658. Hence **Prote·ctionism**, the economic doctrine, policy, or system of p. **Prote·ctionist**, an advocate of protectionism; as *adj.* supporting p.

**Protective** (prǫte·ktiv), *a.* (*sb.*) 1661. [f. PROTECT *v.* + -IVE.] 1. Protecting; tending to protect; defensive; preservative. 2. *Pol. Econ.* Of or relating to the economic doctrine or system of protection 1829. B. *sb.* Anything employed to protect; e. g. in *Surgery*, carbolized oiled silk used for the protection of wounds 1875.

1. The favour of p. Providence 1661. Examples of p. colouring among insects (*mod.*). Hence **Prote·ctive-ly** *adv.*, **-ness.**

**Protector** (prǫte·ktəɹ). [Late ME. a. OF. *protectour*, ad. post-cl. L. *protector*, *-orem*, f. *protegere*.] 1. One who protects; a defender; a guardian, a patron. b. A thing that protects; a guard; *esp.* a device to prevent injury to or from something; e. g. *chest-p.*, *cuff-p.*, etc. 1849. 2. *Eng. Hist.* a. One in charge of the kingdom during the minority, absence, or incapacity of the sovereign; a regent. late ME. b. The official title, in full *Lord P. of the Commonwealth*, borne by Oliver Cromwell 1653-8, and by his son Richard 1658-9.

1. The wulues kyld the dogges whiche were capytayns and protectours of the sheep CAXTON. 2. a. The p., Humphry, Duke of Gloucester GRAY. b. Saw the superb funerall of the P. EVELYN. Hence **Prote·ctoral** *a.* of or pertaining to a p., *esp. Hist.* to the p. of a kingdom or commonwealth. So **Protecto·rial** *a.* **Prote·ctress**, ‖**Prote·ctrix**, a female p.; a patroness.

**Protectorate** (prǫte·ktǒrět), *sb.* 1692. [f. PROTECTOR + -ATE [1].] 1. The office, position, or government of the Protector of a kingdom or state; *spec.* the period (1653-9) during which Oliver and Richard Cromwell held the title of Lord Protector. 2. The office, position, or function of a protector or guardian. *Internat. Law*: a. orig., The relation of a strong to a weaker state which it protects. b. The relation of a suzerain to a vassal state; suzerainty. c. now *spec.* The relation of a European power to a territory inhabited by native tribes, and not ranking as a state. 1836. 3. A state or territory placed or taken under the protection of a superior power; *esp.* a protected territory inhabited by native tribes 1884.

**Protectorship** (prǫte·ktəɹʃip). 1460. [-SHIP.] 1. = PROTECTORATE 1. 2. The position, character, or function of a protector; guardianship, patronage 1576.

‖**Protégé** *masc.*, **protégée** *fem.* (prǫteʒe¹, ‖proteʒe). 1778. [F., pa. pple. of *protéger*, ad. L. *protegere*.] One who is under the protection or care of another, esp. of a person of superior position or influence.

**Proteid** (prōu·tɪ͵id). 1871. [f. PROTE(IN; see -ID [4].] *Chem.* One of a class of organic compounds previously known as 'protein bodies', and now by preference called 'proteins'; see PROTEIN.

**Proteiform** (prōu·tɪ͵ifǭɹm), *a.* 1833. [f. PROTEUS + -(I)FORM.] Changeable in form, or assuming many various forms; protean.

**Protein** (prōu·tɪ͵in). 1868. [a. F. *protéine*, G. *protein*, f. Gr. πρωτεῖος primary, prime (so named as a fundamental material of the bodies of animals and plants); see -IN [1].] *Chem.* Any one of a class of organic compounds, consisting of carbon, hydrogen, oxygen, and nitrogen, with a little sulphur, in more or less unstable combination; forming an important part of all living organisms, and the essential nitrogenous constituents of the food of animals. Also called *albuminoids*, and *proteids*.

The name was applied earlier by Mulder to a residual substance obtained from casein, etc. and regarded by him as the essential constituent of organized bodies. Hence **Prote͵inaceous** (-ēⁱ·ʃəs), **Prote͵inic** (-i·nik), **Proteinous** (protī·nəs) *adjs.* of the nature of, or consisting of, p.

**Protend** (prote·nd), *v.* Now *rare*. [Late ME. ad. L. *protendere* to stretch forth; f. PRO-[1] + *tendere*.] 1. *trans.* To stretch forth; to hold out in front of one. b. *intr.* for *refl.* To stick out, protrude 1726. 2. *trans.* To extend in length, or in one dimension of space; to produce (a line); usu. *pass.* to extend (from one point to another). late ME. 3. To extend in duration. late ME.

1. [Ajax] Now shakes his spear, now lifts, and now protends POPE.

**Protension** (prote·nʃən). *rare.* 1681. [ad. late L. *protensionem*, f. *protendere*.] A stretching or reaching forward; length; duration.

**Protensive** (prote·nsiv), *a. rare.* 1643. [f. L. *protens-*, *protendere* + -IVE.] 1. Continuing, lasting, enduring. 2. Extending lengthwise 1836. Hence **Prote·nsively** *adv.*

‖**Proteolysis** (prōutɪ͵ǫ·lisis). 1880. [mod. L., f. **proteo-*, assumed comb. form of PROTEIN + Gr. λύσις a loosening.] *Phys. Chem.* a. The separation of the proteins from a protein-containing mixture; b. The splitting up of proteins by ferments. Hence **Pro·teolyse** *v. trans.* to decompose or split up (proteins). **Proteoly·tic** *a.* having the quality of decomposing proteins.

**Proteose** (prōu·tɪ͵ōus). 1890. [f. PROTE(IN + -OSE [2].] *Phys. Chem.* One of a class of products of protein-hydrolysis, including albumose, globulose, gelatose, etc.

**Proterandrous** (prǫtěræ·ndrəs), *a.* 1875. [f. PROTERO- + -ANDROUS.] 1. *Bot.* Having the stamens or male organs mature before the pistil or female organ. 2. *Zool.* Of a hermaphrodite animal or a colony of zooids: Having the male organs, or individuals, sexually mature before the female. Hence **Protera·ndry**, p. quality.

**Proteranthous** (prǫtěræ·nþəs), *a.* 1832. [f. as prec. + Gr. ἄνθος flower + -OUS.] *Bot.* Having flowers appearing before the leaves.

**Protero-** (prǫtěro), bef. a vowel **proter-** (prǫtěr), comb. form from Gr. πρότερος fore, former, anterior, in place, time, order, rank; used in a few scientific terms; as **Pro·terosaur** (-sǭr) [Gr. σαῦρος lizard], a saurian of the extinct genus *Proterosaurus* or group *Proterosauria*, comprising some of the oldest reptiles.

**Proterogynous** (prǫtěrǫ·dʒinəs), *a.* 1875. [f. PROTERO + -GYNOUS.] 1. *Bot.* Having the pistil or female organ mature before the stamens or male organs. 2. *Zool.* Of a hermaphrodite animal, or a colony of zooids: Having the female organs, or individuals, sexually mature before the male. So **Protero·gyny**, p. quality or state.

**Protervity** (protǝ̄·ɹvĭti). Now *rare*. 1500. [ad. obs. F. *protervité*, ad. L. *protervitatem*; etym. dub.] Waywardness, frowardness, stubbornness; pertness, insolence; petulance; an instance of this.

**Protest** (prōu·test), *sb.* [ME. = OF. *protest*, f. *protester* to PROTEST.] An act of protesting. 1. = PROTESTATION 1. 2. The action taken to fix the liability for the payment of a dishonoured bill; *spec.* a formal declaration in writing, usu. by a notary-public, that a bill has been duly presented and payment or acceptance refused 1622. 3. A written declaration made by the master of a ship, attested by a justice of the peace or a consul, stating the circumstances under which injury has happened to the ship or cargo, or under which officers or crew have incurred any liability 1755. 4. A formal declaration of dissent from, or of consent under certain conditions only to, some action or proceeding; a remonstrance 1751. b. A written statement of dissent from any motion carried in the House of Lords, recorded and signed by any Peer of the minority 1712.

4. The husband appeared under p. 1822. Paying under p. 1885.

**Protest** (prǫte·st), *v.* 1440. [a. F. *protester*, ad. L. *protestari*, f. PRO-[1] + *testari* to be or speak as a witness, to aver.] 1. *trans.* To state formally or solemnly (something about which a doubt is stated or implied). b. *intr.* To make protestation or solemn affirmation 1560. c. As a mere asseveration 1587. 2. *trans.* To make a formal written declaration of the non-acceptance or non-payment of (a bill of exchange) when duly presented 1655. †3. To assert publicly; to proclaim; to declare, show forth -1644. †4. To vow -1660. †5. To call to witness; to appeal to -1675. 6. *intr.* To give formal expression to objection, dissent, or disapproval; to make a formal (often written) declaration *against* some proposal, decision, or action; to remonstrate 1608.

1. I p. to you, the Gentleman has not spoken to me STEELE. She then..solemnly protested her innocence 1839. b. The Lady protests to much, me thinkes SHAKS. c. I will doe it I p. DEKKER. 2. b. *U.S.* To protest against 1904. 3. *Much Ado* v. i. 149. 4. On Dianaes Altar to p. For aie, austerity, and single life SHAKS. 6. A minister of religion may fairly p. against being made a politician J. H. NEWMAN.

**Protestant** (prǫ·tèstănt), *sb.* and *a.* 1539. [a. G. or F. *protestant*, ad. L. *protestans*, *protestari* to PROTEST.] A. *sb.* I. *Eccl.* 1. *Hist.*, usu. *pl.* Those German princes and free cities who made a declaration of dissent from the decision of the Diet of Spires (1529), which reaffirmed the edict of the Diet of Worms against the Reformation; hence, the adherents of the Reformed doctrines and worship in Germany. 2. A member or adherent of any Christian church or body severed from the Roman communion in the Reformation of the 16th c.; hence, gen. any member of a Western church outside the Roman communion 1553. b. *spec.* In the 17th c., *Protestant* was generally accepted and used by members of the Established Church, and was even so applied to the exclusion of Presbyterians, Quakers, and Separatists 1608. II. *General.* Often pron. (prote·stănt). One who protests. a. One who protests devotion; a suitor (*rare*) 1648. b. One who protests against error 1836. c. One who makes a protest *against* any decision, proceeding, practice, custom, or the like; a protester 1853.

a. Bid me to live, and I will live Thy P. to be HERRICK.

B. *adj.* 1. Of, pertaining to, or of the nature of Protestants or Protestantism 1539. 2. Also (prote·stănt). Protesting; making a protest 1844.

1. To heare & see the manner of the French P. Churches service EVELYN. **P. Episcopal**, official title of the church in U. S. descended from and in communion with the Church of England. Hence **Pro·testantize** *v. trans.* to render P.; *intr.* to follow P. practices.

**Protestantism** (prǫ·tèstăntiːz'm). 1649. [f. prec. + -ISM.] 1. The religion of Protestants, as opp. to Roman Catholicism; the condition of being Protestant; adherence to Protestant principles. 2. Protestants, or the Protestant churches, collectively 1662. 3. An attitude of protest (*rare*) 1854.

3. There needs, then, a p. in social usages 1854.

**Protestation** (prǫtèstēⁱ·ʃən). ME. [a. F., ad. late L. *protestatio*, f. *protestari* to PROTEST.] The action of protesting; that which is protested. 1. A solemn affirmation of a fact, opinion, or resolution; a formal public assertion or asseveration. †2. *Law.* In pleading, an affirmation or denial, introduced in form of a protest, of some allegation the truth of which the pleader cannot directly affirm or deny without duplicating his plea, and which he cannot pass over lest he should be held to have tacitly waived or admitted it -1797. 3. = PROTEST *sb.* 4, 4 b. 1624.

1. If there had been any faith in mens vows and protestations COWLEY. *To make p.*, to protest in a solemn or formal manner.

**Protester** (prǫte·stəɹ). 1601. [f. PROTEST *v.* + -ER [1].] 1. One who makes a protestation or solemn affirmation. 2. One who makes a protest or remonstrance 1651. 3. One who protests a bill or other commercial document 1849. So **Prote·stor** 1550.

‖**Proteus** (prōu·tiūs, prōu·tiǝ̆s). late ME. [L., a. Gr. Πρωτεύς proper name.] 1. *Gr.* and *Rom. Myth.* A sea-god, the son of Oceanus and Tethys, fabled to assume various shapes. 2. Hence allus., One who, or that which, assumes various forms, or characters; a changing, varying, or inconstant person or thing 1585. 3. *Zool.* and *Biol.* a. An AMŒBA. (Now disused as a generic name.) Also *p. animalcule*. 1802. b. A genus of tailed amphibians with persistent gills, having four short slender legs and a long eel-like body, found in