# Exhibit C-6



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1997 by Merriam-Webster, Incorporated

Philippines Copyright 1997 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
    p.  cm.
  Includes index.
  ISBN 0-87779-708-0 (unindexed : alk. paper). — ISBN 0-87779-709-9 (indexed : alk. paper). — ISBN 0-87779-710-2 (deluxe : alk. paper). — ISBN 0-87779-707-2 (laminated cover).
  1. English language—Dictionaries.  I. Merriam-Webster, Inc.
PE1628.M36    1997
423—dc20                                            96-42529
                                                                   CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

17181920RMcN97

Abbrev

Case 1:12-cv-00644-LY   Document 125-5   Filed 08/26/13   Page 4 of 4

938  **prosy • protist**

LAPSE  **b** : the process of being made powerless or the condition of powerlessness (the country suffered economic ~ after the war)
**prosy** \'prō-zē\ *adj* **pros·i·er; -est** ['prose] (1814) : lacking in qualities that seize the attention or strike the imagination : COMMONPLACE *esp* : tediously dull in speech or manner — **pros·i·ly** \-zə-lē\ *adv* — **pros·i·ness** \-zē-nəs\ *n*
**prot-** *or* **proto-** *comb form* [ME *protho-*, fr. MF, fr. LL *proto-*, fr. Gk *prōt-, prōto-*, fr. *prōtos*; akin to Gk *pro* before — more at FOR]  **1   a** : first in time (*protohistory*)  **b** : beginning : giving rise to (*protoplanet*)  **2** : parent substance of a (specified) substance (*protactinium*)  **3** : first formed : primary (*protoxylem*)  **4** *cap* : relating to or constituting the recorded or assumed language that is ancestral to a language or to a group of related languages or dialects (*Proto*-Indo-European)
**prot·ac·tin·i·um** \,prō-,tak-'ti-nē-əm\ *n* [NL] (1918) : a shiny radioactive metallic element of relatively short life — see ELEMENT table
**pro·tag·o·nist** \prō-'ta-gə-nist\ *n* [Gk *prōtagōnistēs*, fr. *prōt- prot-* + *agōnistēs* competitor at games, actor, fr. *agōnizesthai* to compete, fr. *agōn* contest, competition at games — more at AGONY] (1671)  **1   a** : the principal character in a literary work (as a drama or story)  **b** : a leading actor, character, or participant in a literary work or real event  **2** : a leader, proponent, or supporter of a cause : CHAMPION  **3** : a muscle that by its contraction actually causes a particular movement
**prot·amine** \'prō-tə-,mēn\ *n* [ISV *prot-* + *amine*] (1874) : any of various strongly basic proteins of relatively low molecular weight that are rich in arginine and are found associated esp. with DNA in place of histone in the sperm cells of various animals (as fish)
**prot·a·sis** \'prä-tə-səs\ *n, pl* **-a·ses** \-,sēz\ [LL, fr. Gk, premise of a syllogism, conditional clause, fr. *proteinein* to stretch out before, put forward, fr. *pro-* + *teinein* to stretch — more at THIN] (ca. 1568)  **1** : the introductory part of a play or narrative poem  **2** : the subordinate clause of a conditional sentence — compare APODOSIS — **pro·tat·ic** \prä-'la-tik, prō-\ *adj*
**prote-** *or* **proteo-** *comb form* [ISV, fr. F *protéine*] : protein (*proteolysis*) (*proteose*)
**pro·tea** \'prō-tē-ə\ *n* [NL, fr. L *Proteus* Proteus] (1825) : any of a genus (*Protea*) of the family Proteaceae, the protea family of evergreen shrubs often grown for their showy bracts and dense flower heads
**pro·te·an** \'prō-tē-ən, prō-'tē-\ *adj* (1598)  **1** : of or resembling Proteus in having a varied nature or ability to assume different forms  **2** : displaying great diversity or variety : VERSATILE
**pro·te·ase** \'prō-tē-,ās, -,āz\ *n* [ISV] (1903) : any of numerous enzymes that hydrolyze proteins and are classified according to the most prominent functional group (as serine or cysteine) at the active site — called also *proteinase*


protea

**pro·tect** \prə-'tekt\ *vt* [ME, fr. L *protectus*, pp. of *protegere*, fr. *pro-* in front + *tegere* to cover — more at PRO-, THATCH] (15c)  **1** : to cover or shield from exposure, injury, or destruction : GUARD  **2** : to maintain the status or integrity of esp. through financial or legal guarantees: as  **a** : to save from contingent financial loss  **b** : to foster or shield from infringement or restriction (salesmen with ~ed territories); *specif* : to restrict competition for (as domestic industries) by means of tariffs or trade controls  *syn* see DEFEND — **pro·tec·tive** \-'tek-tiv\ *adj* — **pro·tec·tive·ly** *adv* — **pro·tec·tive·ness** *n*
**pro·tec·tant** \prə-'tek-tənt\ *n* (1935) : a protecting agent
**pro·tec·tion** \prə-'tek-shən\ *n* (14c)  **1** : the act of protecting : the state of being protected  **2** : one that protects  **3** : supervision or support of one that is smaller and weaker  **3** : the freeing of the producers of a country from foreign competition in their home market by restrictions (as high duties) on foreign competitive goods  **4   a** : immunity from prosecution purchased by criminals through bribery  **b** : money extorted by racketeers posing as a protective association  **5** : COVERAGE 1a
**pro·tec·tion·ist** \-sh(ə-)nist\ *n* (1844) : an advocate of government economic protection for domestic producers through restrictions on foreign competitors — **pro·tec·tion·ism** \-shə-,ni-zəm\ *n* — **protectionist** *adj*
**protective tariff** *n* (1838) : a tariff intended primarily to protect domestic producers rather than to yield revenue
**pro·tec·tor** \prə-'tek-tər\ *n* (14c)  **1   a** : one that protects : GUARDIAN  **b** : a device used to prevent injury : GUARD  **2   a** : one having the care of a kingdom during the king's minority : REGENT  **b** : the executive head of the Commonwealth of England, Scotland, and Ireland from 1653 to 1659 — called also *Lord Protector of the Commonwealth* — **pro·tec·tor·ship** \-,ship\ *n*
**pro·tec·tor·al** \-'tek-t(ə-)rəl\ *adj* (1657) : of or relating to a protector or protectorate
**pro·tec·tor·ate** \-'tek-t(ə-)rət\ *n* (1692)  **1   a** : government by a protector  **b** *cap* : the government of England (1653–59) under the Cromwells  **c** : the rank, office, or period of rule of a protector  **2   a** : the relationship of superior authority assumed by one power or state over a dependent one  **b** : the dependent political unit in such a relationship
**pro·tec·to·ry** \-'tek-t(ə-)rē\ *n, pl* **-ries** (1885) : an institution for the protection and care usu. of homeless or destitute children
**pro·tec·tress** \-'tek-trəs\ *n* (1570) : a woman who is a protector
**pro·té·gé** \'prō-tə-,zhā, ,prō-tə-'\ *n* [F, fr. pp. of *protéger* to protect, fr. L *protegere*] (1787) : one who is protected or trained or whose career is furthered by a person of experience, prominence, or influence
**pro·té·gée** \'prō-tə-,zhā, ,prō-tə-'\ *n* [F, fem. of *protégé*] (1778) : a female protégée
**pro·tein** \'prō-,tēn\ *also* \'prō-tē-ən\ *n, often attrib* [F *protéine*, fr. LGk *prōteios* primary, fr. Gk *prōtos* first — more at PROT-] (ca. 1844)  **1** : any of numerous naturally occurring extremely complex substances that consist of amino-acid residues joined by peptide bonds, contain the elements carbon, hydrogen, nitrogen, oxygen, usu. sulfur, and occas. other elements (as phosphorus or iron), and include many essential biological compounds (as enzymes, hormones, or immunoglobulins)  **2** : the total nitrogenous material in plant or animal substances

**pro·tein·a·ceous** \,prō-tē-'nā-shəs; prō-,tē-(ə-)'nā-shəs\ *adj* : of, relating to, resembling, or being protein
**pro·tein·ase** \'prō-tē-,nās, -,nāz; 'prō-,tē-(ə-),nās, -,nāz\ *n* (1929) : PROTEASE
**pro·tein·uria** \,prō-tē-'n(y)ur-ē-ə, -'yur-; ,prō-,tē-(ə-)'n(y)ur-ē-ə\ *n* [NL, fr. ISV *protein* + NL *-uria*] (1911) : the presence of protein in the urine
**pro tem** \(,)prō-'tem\ *adv* (1828) : PRO TEMPORE
**pro tem·po·re** \prō-'tem-pə-rē\ *adv* [ME, fr. L] (15c) : for the time being
**pro·tend** \prō-'tend\ *vb* [ME, fr. L *protendere*, fr. *pro-* + *tendere* to stretch — more at THIN] *vt* (15c)  **1** *archaic* : to stretch forth : EXTEND  ~ *vi, archaic* : STICK OUT, PROTRUDE
**pro·ten·sive** \-'ten(t)-siv\ *adj* [L *protensus*, pp. of *protendere*] *archaic* : having continuance in time  **2** *archaic* : having extent or extensiveness — **pro·ten·sive·ly** *adv*
**pro·teo·gly·can** \,prō-tē-ə-'glī-,kan\ *n* [ISV] (1968) : any of a class of glycoproteins of high molecular weight that are found esp. in the cellular matrix of connective tissue
**pro·te·ol·y·sis** \,prō-tē-'ä-lə-səs\ *n* [NL] (1880) : the hydrolysis of proteins or peptides with formation of simpler and soluble products
**pro·teo·lyt·ic** \,prō-tē-ə-'li-tik\ *adj* (1877) : of, relating to, or causing proteolysis — **pro·teo·lyt·i·cal·ly** \-ti-k(ə-)lē\ *adv*
**pro·te·ose** \'prō-tē-,ōs, -,ōz\ *n* [ISV] (ca. 1890) : any of various soluble protein derivatives formed by partial hydrolysis of proteins
**Pro·te·ro·zo·ic** \,prä-tə-rə-'zō-ik, ,prō-\ *adj* [Gk *proteros* former (fr. *pro* before) + ISV *-zoic* — more at FOR] (1899) : of, relating to, or being the eon of geologic time or the corresponding system of rocks that includes the interval between the Archean and Phanerozoic and perhaps exceeds in length all of subsequent geological time and is marked by rocks that contain fossils indicating the first appearance of eukaryotic organisms (as algae) — see GEOLOGIC TIME table — **Proterozoic** *n*
¹**pro·test** \'prō-,test\ *n* [ME, fr. MF, fr. *protester*] (15c)  **1** : a solemn declaration of opinion and usu. of dissent: as  **a** : a sworn declaration that payment of a note or bill has been refused and that all signers or debtors are liable for resulting loss or damage  **b** : a declaration made esp. before or while paying that a tax is illegal and that payment is not voluntary  **2** : the act of objecting or a gesture of disapproval (resigned in ~); *esp* : a usu. organized public declaration of disapproval  **3** : a complaint, objection, or display of unwillingness usu. to an idea or a course of action (went under ~)  **4** : an objection made to an official or a governing body of a sport
²**pro·test** \prə-'test, 'prō-,test\ *vb* [ME, fr. MF *protester*, fr. L *protestari*, fr. *pro-* forth + *testari* to call to witness — more at TESTAMENT] *vt* (15c)  **1** : to make solemn declaration or affirmation of (~ed my innocence)  **2** : to execute or have executed a formal protest against (as a bill or note)  **3** : to make a statement or gesture in objection to (~ed the abuses of human rights)  ~ *vi*  **1** : to make protestation  **2** : to make or enter a protest  *syn* see ASSERT — **pro·test·er** *or* **pro·tes·tor** \-'tes-tər, -,tes-\ *n*
¹**prot·es·tant** \'prä-tə-stənt, 2 *is also* prə-'tes-\ *n* [MF *protestant*, prp. of *protestari*] (1539)  **1** *cap*  **a** : any of a group of German princes and cities presenting a defense of freedom of conscience against an edict of the Diet of Spires in 1529 intended to curb the Lutheran movement  **b** : a member of any of several Christian denominations denying the universal authority of the Pope and affirming the Reformation principles of justification by faith alone, the primacy of the Bible as the only source of revealed truth, and the universal priesthood of all believers  **2** : one who makes or enters a protest — **Prot·es·tant·ism** \-tən-,ti-zəm\ *n*
²**protestant** *adj* (1539)  **1** *cap* : of or relating to Protestants, their churches, or their religion  **2** : making or sounding a protest (~ ladies up and marched out — *Time*)
**Protestant ethic** *n* (1926) : an ethic that stresses the virtue of hard work, thrift, and self-discipline
**prot·es·ta·tion** \,prä-təs-'tā-shən, ,prō-, -,tes-\ *n* (14c) : the act of testing : a solemn declaration or avowal
**pro·te·us** \'prō-tē-əs, -,tē-\ *n, pl* **-tei** \-tē-,ī\ [NL, fr. L *Proteus*] : any of a genus (*Proteus*) of aerobic usu. motile enterobacteria that are saprophytes in decaying organic matter and form pathogens in urinary tract infections
**Pro·teus** \'prō-,tyüs, -tē-əs, -,tüs\ *n* [L, fr. Gk *Prōteus*] : a sea god capable of assuming different forms
**pro·tha·la·mi·on** \,prō-thə-'lā-mē-ən, -,än\ *or* **pro·tha·la·mi·um** \-əm\, *pl* **-mia** \-mē-ə\ [NL, fr. Gk *pro-* + *-thalamion* (as in *epithalamion*)] (1597) : a song in celebration of a marriage
**pro·thal·li·um** \prō-'tha-lē-əm\ *n, pl* **-thal·lia** \-lē-ə\ [NL, fr. Gk *thallus*] (1858)  **1** : the gametophyte of a pteridophyte which is typically a small flat green thallus attached to the soil  **2** : a greatly reduced structure of a seed plant corresponding to a prothallium
**pro·thal·lus** \(,)prō-'tha-ləs\ *n* [NL] (1854) : PROTHALLIUM
**proth·e·sis** \'prä-thə-səs\ *n, pl* **-e·ses** \-,sēz\ [LL, alter. of Gk, lit., addition — more at PROSTHESIS] (ca. 1550) : the addition of a sound to the beginning of a word (as in Old French *estate*—from Latin *status*) — **pro·thet·ic** \prō-'the-tik\ *adj*
**pro·tho·no·tary** \prō-'thä-nə-,ter-ē, ,prō-thə-'nō-tə-rē\ *n, pl* **-ries** [ME *prothonotarie*, fr. ML *prothonotarius*, fr. LGk *prōtonotarios*, fr. *prōt-* + L *notarius* notary] (15c) : a chief clerk of any of various courts of law — NOTARY PUBLIC
**pro·tho·no·tar·i·al** \prō-,thä-nə-'ter-ē-əl, ,prō-thə-nō-'ter-\ *adj*
**pro·tho·rac·ic** \,prō-thə-'ra-sik\ *adj* (1826) : of or relating to the prothorax
**prothoracic gland** *n* (1887) : one of a pair of thoracic glands in some insects that control molting
**pro·tho·rax** \(,)prō-'thōr-,aks, -'thór-\ *n* [NL *prothorax*, fr. *pro-* + *thorax*] (1826) : the anterior segment of the thorax of an insect — see INSECT illustration
**pro·throm·bin** \(,)prō-'thräm-bən\ *n* [ISV] (1895) : a plasma protein produced in the liver in the presence of vitamin K and converted into thrombin in the clotting of blood
**pro·tist** \'prō-(,)tist\ *n* [NL *Protista*, fr. Gk, neut. pl. of *prōtistos* first, fr. superl. of *prōtos* first — more at PRO-] : any of a diverse group and esp. a kingdom (Protista) of eukaryotic unicellular and multicellular organisms usu. including the protozoans, most algae, and in various classifications prokaryotes, slime molds, and sponges — **pro·tis·tan** \prō-'tis-tən\ *adj or n*
**pro·tis·tic** \prō-'tis-tik\ *adj*
**pro·ti·um** \'prō-tē-əm, 'prō-shē-\ *n* [NL, fr. Gk *prōtos* first] : the light hydrogen isotope of atomic mass 1

SEE PROT-

**pro·to·col** \'prō-tə-,kól, -,kōl, -,käl, -kəl\ *n* [MF *prothocole*, fr. ML *protocollum*, fr. LGk *prōtokollon* first sheet of a papyrus roll bearing data of manufacture, fr. Gk *prōt-* prot- + *kollan* to glue together, fr. *kolla* glue; perh. akin to MD *helen* to glue] (1541)  **1** : an original draft, minute, or record of a document or transaction  **2** : a preliminary memorandum often formulated and signed by diplomatic negotiators as a basis for a final convention or treaty  **b** : the records or minutes of a diplomatic conference or congress that show officially the agreements arrived at by the negotiators  **3   a** : a code prescribing strict adherence to correct etiquette and precedence (as in diplomatic exchange and in the military services)  **b** : a set of conventions governing the treatment and esp. the formatting of data in an electronic communications system  **4** : a detailed plan of a scientific or medical experiment, treatment, or procedure

**pro·to·derm** \'prō-tə-,dərm\ *n* [ISV] (ca. 1932) : the surface meristem of a plant or plant part
**pro·to·gal·axy** \,prō-tō-'ga-lək-sē\ *n* (1950) : a cloud of gas considered as a precursor to a galaxy
**pro·to·his·to·ry** \-'his-t(ə-)rē\ *n* (1903) : the study of a culture just before the time of its earliest recorded history — **pro·to·his·tor·ic** \-(,)his-'tōr-ē-ən, -'tär-\ *n* — **pro·to·historian** *n*

**pro·to·hu·man** \-'hyü-mən, -'yü-\ *adj* (ca. 1909) : being an early hominid (as an australopithecine)

**pro·to·lan·guage** \'prō-tō-,laŋ-gwij\ *n* (1948) : an ancestral language

**pro·to·mar·tyr** \'prō-tō-,mär-tər\ *n* [ME *prothomartir*, fr. LGk *prōtomartyr-, prōtomartys*, fr. Gk *prōt-* prot- + *martyr-, martys* witness] (15c) : the first martyr in a cause or region

**pro·ton** \'prō-,tän\ *n* [Gk *prōton*, neut. of *prōtos* first] (1920) : an elementary particle that is identical with the nucleus of the hydrogen atom, that along with neutrons is a constituent of all other atomic nuclei, that carries a positive charge numerically equal to the charge of an electron, and that has a mass of 1.673 × 10⁻²⁴ gram — **pro·ton·ic** \prō-'tä-nik\ *adj*

**pro·ton·ate** \'prō-tə-,nāt\ *vb* **-at·ed; -at·ing** *vt* (1945) : to add a proton to — **pro·ton·ation** \,prō-tə-'nā-shən\ *n*

**pro·to·ne·ma** \,prō-tə-'nē-mə\ *n, pl* **-ne·ma·ta** \-'nē-mə-tə\ [NL *protonema*, fr. *prot-* + Gk *nēma* thread] : the primary usu. filamentous thalloid growth from the spore in mosses and in some liverworts comparable to a gametophyte — **pro·to·ne·mal** \-'nē-məl\ *adj* — **pro·to·ne·mat·ic** \-nē-'ma-tik\ *adj*

**proto·pap·os·tol·ic** \prə-'tä-nə-,ter-ē, prō-tə-\ *or* **proto·apostolic** \prə-'thä-nə-,ter-ē, ,prō-th-\ *adj* — **proto·apostolic** *or* **prothonotaries apostolic**  : a chief college of the papal curia who keeps records of canonizations and signs papal bulls; *also* : a member of this college

**pro·to·tron** *n* (1947) : a synchrotron in which the means of frequency modulation of the alternating voltage is so that they have energies that vary with the radius

**pro·to·path·ic** \,prō-tə-'pa-thik\ *adj* [ISV, fr. MGk *prōtopathēs*, fr. Gk *prōt-* + *pathos* experience, suffering — more at PATHOS] : of, relating to, or being cutaneous sensibility to rather gross stimuli

**pro·to·phlo·em** \-'flō-,em\ *n* (1884) : the first-formed procambium, consists of narrow thin-walled cells, and amount of stretching, and is usu. no longer functional in growth

**pro·to·plan·et** \'prō-tō-,pla-nət\ *n* (1949) : a hypothetical eddy within a giant cloud of gas and dust that is presumed to have developed to give rise to a planet — **pro·to·plan·e·tary** *adj*

**pro·to·plasm** \'prō-tə-,pla-zəm\ *n* [G *Protoplasma*, fr. Gk *prōt-* + *plasma*]  **1** : the organized colloidal complex of substances (as proteins and water) that constitute the living matter of a cell and include the cytoplasm, plastids, and mitochondria of cells — **pro·to·plas·mic** \,prō-tə-'plaz-mik\ *adj*

**pro·to·plast** \'prō-tə-,plast\ *n* [MF *protoplaste*, fr. LL *protoplastus* first formed, fr. Gk *prōt-* prot- + *plastos* molded — more at PLASTER] (1532)  **1** : the first created being  **2** : a plant cell that has had its cell wall removed: as  **a** : cytoplasm, and plasma membrane  **b** : inert walls and inclusions

**pro·to·por·phy·rin** \,prō-tō-'pōr-f(ə-)rən\ *n* [ISV] : C₃₄H₃₄N₄O₄ obtained from hemin or chlorophyll

**pro·to·star** \'prō-tō-,stär\ *n* (1947) : a cloud of gas collapsing into a star

**pro·to·stele** \'prō-tō-,stēl, ,prō-tə-'stē-lē\ *n* (1901) : a stele consisting of the phloem surrounding the xylem

**pro·to·stome** \'prō-tə-,stōm\ *n* [NL *Protostomia*, fr. *prot-* + Gk *stoma* mouth — more at STOMACH] (ca. 1961) : any of a major group of bilateral metazoan animals (as mollusks, annelids, and arthropods) characterized in typical forms by determination of the fate of the blastomeres early in the development of the embryo, by formation of a mouth and anus directly from the blastopore, and by formation of the coelom by splitting of the embryonic mesoderm — **proto·stomate** *adj*

**pro·tot·ro·phy** \prō-'tä-trə-fē, -,träf\ *n* [back-formation from *prototrophic*] : prototrophic individual