FILED
2013 AUG 28 PM 3:16
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREESCALE SEMICONDUCTOR, INC., | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-12-CV-644-LY |
| | § | |
| AMTRAN TECHNOLOGY CO., LTD.; AMTRAN LOGISTICS, INC.; AOC INTERNATIONAL (USA) LTD.; CSR TECHNOLOGY, INC.; ENVISION PERIPHERALS, INC., FUNAI CORPORATION, INC.; FUNAI ELECTRIC CO., LTD.; MARVELL SEMICONDUCTOR, INC., MEDIATEK, INC.; MEDIATEK USA, INC.; SANYO ELECTRIC CO., LTD.; SANYO NORTH AMERICA CORPORATION; SANYO MANUFACTURING CORPORATION; TOP VICTORY ELECTRONICS (TAIWAN) CO., LTD.; TOP VICTORY ELECTRONICS (FUJIAN) CO., LTD.; TPV TECHNOLOGY LIMITED; TPV INTERNATIONAL (USA) INC.; VIZIO, INC.; AND ZORAN CORPORATION. DEFENDANTS. | § | |

## ORDER RESETTING PATENT TUTORIAL

**IT IS HEREBY ORDERED** that the patent tutorial previously set for 9:00 a.m. on Friday, August 30, 2013, is **RESET** for **10:00 a.m., Friday, August 30, 2013**.

SIGNED this **28th** day of August, 2013.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE