IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **FREESCALE SEMICONDUCTOR, INC.,** | § § § | |
| PLAINTIFF, | § § | |
| V. | § § | CAUSE NO. A-12-CV-644-LY |
| | § § | (LEAD CASE) |
| **AMTRAN TECHNOLOGY CO., LTD.; AMTRAN LOGISTICS, INC.; CSR TECHNOLOGY, INC.; ENVISION PERIPHERALS, INC., FUNAI CORPORATION, INC.; FUNAI ELECTRIC CO., LTD.; MARVELL SEMICONDUCTOR, INC.; MEDIATEK, INC.; MEDIATEK USA INC.; SANYO ELECTRIC CO., LTD.; SANYO NORTH AMERICA CORPORATION; SANYO MANUFACTURING CORPORATION; TOP VICTORY ELECTRONICS (TAIWAN) CO., LTD.; TOP VICTORY ELECTRONICS (FUJIAN) CO., LTD.; TPV TECHNOLOGY LIMITED; TPV INTERNATIONAL (USA) INC.; VIZIO, INC.; AND ZORAN CORPORATION,** | § § § § § § § § § § § § § § § § § § | |
| DEFENDANTS. | § | |

## JOINT MOTION TO STAY

Freescale Semiconductor, Inc. ("Freescale") and CSR Technology Inc. and Zoran Corporation (the "CSR Parties") advise the Court and all parties to the above-referenced action that Freescale and the CSR Parties have entered into a Binding Settlement and License Agreement ("Agreement") that resolves all claims and causes of action between them and particular claims or portions of claims with respect to CSR customers to the extent they are based on or arise out of CSR Products, effective August 28, 2013. Pursuant to the terms of the Agreement, Freescale and the CSR Parties must take certain actions within 25 days from the effective date of the Agreement,

including filing appropriate dismissals and seeking pleading amendments. Freescale and the CSR Parties have agreed to cease prosecution of all claims and causes of action between them in the above-referenced action and to stay all pending deadlines therein until the agreed upon dismissals of and amendments to pleadings in the actions are effectuated.

A proposed order reflecting this relief is attached for the Court's convenience.

Dated:  August 29, 2013                Respectfully submitted,

                                          By:   */s/  Courtney Stewart*
                                                  John M. Guaragna
                                                  State Bar No. 24043308
                                                  john.guaragna@dlapiper.com
                                                  Courtney Stewart
                                                  State Bar No. 24042039
                                                  courtney.stewart@dlapiper.com
                                                  DLA PIPER LLP (US)
                                                  401 Congress Avenue, Suite 2500
                                                  Austin, TX 78701-3799
                                                  Telephone:  (512) 457-7000
                                                  Facsimile:  (512) 457-7001

                                                  Mark D. Fowler (*pro hac vice*)
                                                  mark.fowler@dlapiper.com
                                                  Alan A. Limbach (*pro hac vice*)
                                                  alan.limbach@dlapiper.com
                                                  Timothy W. Lohse (*pro hac vice*)
                                                  timothy.lohse@dlapiper.com
                                                  Brent K. Yamashita (*pro hac vice*)
                                                  brent.yamashita@dlapiper.com
                                                  Michael G. Schwartz (*pro hac vice*)
                                                  michael.schwartz@dlapiper.com
                                                  Aaron Wainscoat (*pro hac vice*)
                                                  aaron.wainscoat@dlapiper.com
                                                  Erik R. Fuehrer (*pro hac vice*)
                                                  erik.fuehrer@dlapiper.com
                                                  Tiffany Nichols (*pro hac vice*)
                                                  tiffany.nichols@dlapiper.com
                                                  Summer Krause (*pro hac vice*)
                                                  summer.krause@dlapiper.com
                                                  Katherine Cheung (*pro hac vice*)
                                                  katherine.cheung@dlapiper.com

          DLA PIPER LLP (US)
          2000 University Avenue
          East Palo Alto, CA  94303-2214
          (650) 833-2000
          (650) 844-2001 - Fax

          **ATTORNEYS FOR DEFENDANTS**
          **CSR TECHNOLOGY INC. AND ZORAN**
          **CORPORATION**

By:   */s/  Alan D. Albright*
          Alan D. Albright
          State Bar No. 00973650
          alan.albright@bgllp.com
          Barry K. Shelton
          State Bar No. 24055029
          barry.shelton@bgllp.com
          Michael Chibib
          State Bar No. 00793497
          michael.chibib@bgllp.com
          BRACEWELL & GIULIANI LLP
          111 Congress Avenue, Suite 2300
          Austin, Texas  78701
          (512) 472-7800
          (512) 472-9123 - Fax

          **ATTORNESY FOR PLAINTIFF,**
          **FREESCALE SEMICONDUCTOR, INC.**

## CERTIFICATE OF SERVICE

     I certify that on August 29, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants. I further certify that I have mailed by United States Postal Service the document to all non-CM/ECF participants.

          */s/  Courtney Stewart*
          Courtney Stewart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **FREESCALE SEMICONDUCTOR, INC.,** | § § § | |
| PLAINTIFF, | § § | |
| V. | § § | CAUSE NO. A-12-CV-644-LY |
| | § | (LEAD CASE) |
| AMTRAN TECHNOLOGY CO., LTD.; AMTRAN LOGISTICS, INC.; CSR TECHNOLOGY, INC.; ENVISION PERIPHERALS, INC., FUNAI CORPORATION, INC.; FUNAI ELECTRIC CO., LTD.; MARVELL SEMICONDUCTOR, INC.; MEDIATEK, INC.; MEDIATEK USA INC.; SANYO ELECTRIC CO., LTD.; SANYO NORTH AMERICA CORPORATION; SANYO MANUFACTURING CORPORATION; TOP VICTORY ELECTRONICS (TAIWAN) CO., LTD.; TOP VICTORY ELECTRONICS (FUJIAN) CO., LTD.; TPV TECHNOLOGY LIMITED; TPV INTERNATIONAL (USA) INC.; VIZIO, INC.; AND ZORAN CORPORATION, | § § § § § § § § § § § § § § § § § | |
| DEFENDANTS. | § | |

## ORDER

Before the Court is the above-referenced cause. On August 29, 2013, Freescale Semiconductor, Inc. ("Freescale") and CSR Technology Inc. and Zoran Corporation (the "CSR Parties") filed a Joint Motion to Stay, indicating that they have entered into a Binding Settlement and License Agreement that resolves all claims and causes of action between them and particular claims or portions of claims with respect to CSR customers, and that they anticipate filing appropriate dismissals and motions seeking pleading amendments within the next 25 days. In light of the parties' settlement,

IT IS ORDERED that the parties shall file any motions to dismiss or stipulations of dismissal and motions seeking pleading amendments on or before September 23, 2013.

IT IS FURTHER ORDERED that all pending deadlines specific to the claims between Freescale and the CSR Parties in the above-referenced action are STAYED until September 23, 2013, or until further order of the Court. All other deadlines between Freescale and other parties remain unchanged.

SIGNED this _____ day of _____, 2013.

                                                _____
                                                LEE YEAKEL
                                                UNITED STATED DISTRICT JUDGE