IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2013 AUG 29  PM 3: 34

Freescale Semiconductor, Inc.

-vs-

Case No. 1:12-CV-00644-LY

Amtran Technology Co., Ltd.

ORDER

BE IT REMEMBERED on this the _7th_ day of _August_, 20_13_, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **William Robert Lamb** ("Applicant"), counsel for **Vizio, Inc.; Sanyo** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Vizio, Inc.; Sanyo** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(1), immediately tender the amount of $25.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _7th_ day of _August_ 20_13_.

_____
UNITED STATES DISTRICT JUDGE