IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2013 AUG 29  PM 4: 23

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | |
|---|---|
| FREESCALE SEMICONDUCTOR, INC., § § PLAINTIFF, § § V. § § AMTRAN TECHNOLOGY CO., LTD.; § AMTRAN LOGISTICS, INC.; § CSR TECHNOLOGY, INC.; ENVISION § PERIPHERALS, INC., FUNAI § CORPORATION, INC.; FUNAI § ELECTRIC CO., LTD.; MARVELL § SEMICONDUCTOR, INC.; MEDIATEK, § INC.; MEDIATEK USA INC.; SANYO § ELECTRIC CO., LTD.; SANYO NORTH § AMERICA CORPORATION; SANYO § MANUFACTURING CORPORATION; § TOP VICTORY ELECTRONICS § (TAIWAN) CO., LTD.; TOP VICTORY § ELECTRONICS (FUJIAN) CO., LTD.; § TPV TECHNOLOGY LIMITED; TPV § INTERNATIONAL (USA) INC.; VIZIO, § INC.; AND ZORAN CORPORATION, § § DEFENDANTS. § | CAUSE NO. A-12-CV-644-LY (LEAD CASE) |

## ORDER

Before the Court is the above-referenced cause. On August 29, 2013, Freescale Semiconductor, Inc. ("Freescale") and CSR Technology Inc. and Zoran Corporation (the "CSR Parties") filed a Joint Motion to Stay, indicating that they have entered into a Binding Settlement and License Agreement that resolves all claims and causes of action between them and particular claims or portions of claims with respect to CSR customers, and that they anticipate filing appropriate dismissals and motions seeking pleading amendments within the next 25 days. In light of the parties' settlement,

IT IS ORDERED that the parties shall file any motions to dismiss or stipulations of dismissal and motions seeking pleading amendments on or before September 23, 2013.

IT IS FURTHER ORDERED that all pending deadlines specific to the claims between Freescale and the CSR Parties in the above-referenced action are STAYED until September 23, 2013, or until further order of the Court. All other deadlines between Freescale and other parties remain unchanged.

SIGNED this 29th day of August, 2013.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE