IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FREESCALE SEMICONDUCTOR, INC., § § PLAINTIFF, § § v. § § AMTRAN TECHNOLOGY CO., LTD; § AMTRAN LOGISTICS, INC., AOC § INTERNATIONAL (USA) LTD.; CSR § TECHNOLOGY, INC.; ENVISION § PERIPHERALS, INC.; FUNAI § CORPORATION, INC.; FUNAI ELECTRIC § CO, LTD.; MARVELL § SEMICONDUCTOR, INC.; MEDIATEK § INC.; MEDIATEK USA INC.; SANYO § ELECTRIC CO., LTD.; SANYO NORTH § AMERICA CORPORATION; SANYO § MANUFACTURING CORPORATION; § TOP VICTORY ELECTRONICS § (TAIWAN) CO., LTD.; TOP VICTORY § ELECTRONICS (FUJIAN) CO., LTD.; TPV § TECHNOLOGY LIMITED; TPV § INTERNATIONAL (USA) INC.;  VIZIO, § INC.; AND ZORAN CORPORATION; § § DEFENDANTS. § § § | Case No. 12-cv-644-LY **STIPULATION REGARDING CROSS-USE OF CERTAIN DISCOVERY MATERIALS** |

The above-captioned parties (collectively, the "Parties"), by their counsel, hereby stipulate that:

1. The Parties may use against an adverse party in the above-captioned lawsuit (the "Lawsuit") any discovery, including any document, interrogatory response, response to request for admissions, or deposition transcript, that was produced or offered by such adverse party in USITC Investigation Nos. 337-TA-709, 337-TA-786, or 337-TA-822 (the "ITC Investigations"), as if the discovery had been provided in this lawsuit, to the extent such use is not otherwise foreclosed by protective order obligations to any third party;

2. Any document or information used in this action that was previously produced in the ITC Investigations shall be used and treated with the same level of confidentiality for purposes of this action (*e.g.*, a document designated by a party to the ITC Investigations as "Confidential Business Information" shall be treated as "HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY" pursuant to the terms of the Parties' forthcoming Stipulated Protective Order) as an initial matter, but may be re-designated pursuant to the terms of the Stipulated Protective Order;

3. This stipulation shall constitute written permission of the Parties under the respective protective orders entered in the ITC Investigations to allow the other Parties to this stipulation to retain, solely for potential use in this Lawsuit, the Confidential Business Information supplied by each of the Parties in the ITC Investigations, subject to treatment of such information as "HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY" as provided in the preceding paragraph;

4. Any confidential portions of the Record from the ITC Investigations transferred to the District Court pursuant to 28 USC § 1659 shall be used and treated by the Parties in this

action as "HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY" pursuant to the terms of the Stipulated Protective Order;

5. Any deposition used pursuant to paragraph 1 of this stipulation shall be useable in this case as if the deposition were originally noticed and taken in this case; however, such prior depositions shall not count against the time limits specified under Rule 30(d)(1) of the Federal Rules of Civil Procedure (as modified by Court order);

6. The re-use of any document or information from the ITC Investigations as stipulated above by any Party is for discovery purposes only and does not preclude any Party from challenging the admissibility, relevance and responsiveness of the re-used document or information.

Dated: August 30, 2013                          Respectfully submitted,


                                                By:   /s/*Alan D Albright*
                                                      Alan D Albright
                                                      State Bar No. 00973650
                                                      Email:  alan.albright@bgllp.com
                                                      Barry K. Shelton
                                                      State Bar No. 24055029
                                                      Email:  barry.shelton@bgllp.com
                                                      Michael Chibib
                                                      State Bar No. 00793497
                                                      Email:  michael.chibib@bgllp.com
                                                      BRACEWELL & GIULIANI LLP
                                                      111 Congress Avenue, Suite 2300
                                                      Austin, Texas  78701
                                                      (512) 472-7800
                                                      (512) 472-9123 fax

                                                      *Counsel for Plaintiff,*
                                                      *Freescale Semiconductor, Inc.*

By:  /s/ *Courtney Stewart*
John M. Guaragna
Texas Bar No. 24043308
john.guaragna@dlapiper.com
Courtney Stewart
Texas Bar No. 24042039
courtney. stewart@dlapiper .com
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Telephone: (512) 457-7000
Facsimile: (512) 457-7001

Mark D. Fowler (pro hac vice)
mark.fowler@dlapiper.com
Alan A. Limbach (pro hac vice)
alan.limbach@dlapiper.com
Timothy W. Lohse (pro hac vice)
timothy .lohse@dlapiper .com
Brent K. Yamashita (pro hac vice)
brent.yamashita@dlapiper.com
Michael G. Schwartz (pro hac vice)
michael. schwartz@dlapiper .com
Aaron W ainscoat (pro hac vice)
aaron. wainscoat@dlapiper .com
Erik R. Fuehrer (pro hac vice)
erik.fuehrer@dlapiper .com
Tiffany Nichols (pro hac vice)
tiffany.nichols@dlapiper.com
Summer Krause (pro hac vice)
summer .krause@dlapiper.com
Katherine Cheung (pro hac vice)
katherine.cheung@dlapi per .com
DLA PIPER LLP (US)
2000 University A venue
East Palo Alto, CA 94303-2214
(650) 833-2000
(650) 844-2001 –Fax

**ATTORNEYS FOR DEFENDANTS CSR TECHNOLOGY INC. AND ZORAN CORPORATION**

By: /s/ *B. Russell Horton*
B. Russell Horton
Texas Bar No. 10014450
rhorton@gbkh.com
GEORGE BROTHERS KINCAID &
HORTON, L.L.P.
114 W. 7th Street, Suite 11 00
Austin, TX 78701
(512) 495-1400
(512) 499-0094- Fax

Kevin P.B. Johnson *(pro hac vice)*
kevinjohnson@quinnemanuel.com
Mark Tung *(pro hac vice)*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
(650) 801-5100- Fax

Sean S. Pak *(pro hac vice)*
seanpak@quinnemanuel.com
Peter A. Klivans *(pro hac vice)*
peterklivans@quinnemanuel.com
James D. Judah *pro hac vice)*
jamesjudah@quinnemanuel.com
Brian Mack *(pro hac vice)*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
(415) 875-6700- Fax

Debra Ann Lange *(pro hac vice)*
DLange@foley.com
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 600
Washington, DC 20007
(202) 945-6143
(202) 672-5399 -Fax

Steven J. Rizzi *(pro hac vice)*
SRizzi@foley.com
FOLEY & LARDNER LLP
90 Park A venue
New York, NY 10016
(212) 682-7474
(212) 687-2329- Fax

Victor de Gyarfas *(pro hac vice)*
vdegyarfas@foley.com
FOLEY & LARDNER LLP

555 S. Flower St., Suite 3500
Los Angeles, CA 90071-2411
(213) 972-4500
(213) 486-0065 – Fax

**ATTORNEYS FOR DEFENDANT MARVELL SEMICONDUCTOR, INC.**

By: */s/ Keith L. Slenkovich*
Keith L. Slenkovich (pro hac vice)
keith.slenkovich@wilmerhale.com
Nathan L. Walker (pro hac vice)
nathan. walker@wilmerhale.com
Matthew Hawkinson (pro hac vice)
matthew.hawkinson@wilmerhale.com
Tobias W. Mock (pro hac vice)
tobias.mock@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6000
(650) 858-6100- Fax

Michael E. Richardson
Texas Bar No. 24002838
mrichardson@brsfirm.com
BECK REDDEN & SECREST, LLP
One Houston Center
1221 McKinney Street, Suite 4500
Houston, TX 77010
(713) 951-3700
(713) 951-3720- Fax

**ATTORNEYS FOR DEFENDANTS MEDIATEK INC. AND MEDIATEK USA INC.**

**By:** */s/ Christopher J Higgins*
Steven J. Routh
Sten Jensen
Christopher J. Higgins
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street N.W.
Washington, D.C. 20005-1706
(202) 339-8400

William H. Wright

        ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 9001 7
(213) 612-2478

George B. Butts
Texas Bar No. 03543500
8911 North Capital of Texas Highway, Suite 2120
Austin, TX 78759
(512) 815-7872

Paul Devinsky
Christopher L. May
McDERMOTT WILL & EMERY LLP
500 North Capital Street NW
Washington, DC 20005-3096
(202) 756-8000
(202) 756-8087 -Fax

Gary Zausmer
WINSTEAD, P.C.
401 Congress Ave., Suite 2100
Austin, TX 78701
(512) 370-2800
(512) 370-2850- Fax

**ATTORNEYS FOR DEFENDANTS FUNAI ELECTRIC CO, LTD. AND FUNAI CORPORATION, INC.**


By: */s/ Melissa Richards Smith*
    Melissa Richards Smith
    Texas Bar No. 24001351
    melissa@gillamsmithlaw.com
    GILLAM AND SMITH, LLP
    303 South Washington Avenue
    Marshall, TX 75670
    (903) 934-8450
    (903) 934-9257 - Fax

    Timothy J. Vezeau (pro hac vice)
    Michael A. Dorfman (pro hac vice)
    Dennis C. Lee (pro hac vice)
    KATTEN MUCHIN ROSENMAN, LLP
    525 West Monroe Street
    Chicago, IL 60661
    (312) 902.5200
    (312) 902.1061 –Fax

    **ATTORNEYS FOR DEFENDANTS**

                        **SANYO ELECTRIC CO., LTD.,
SANYO MANUFACTURING
CORPORATION AND SANYO
NORTH AMERICA CORPORATION**


By: */s/ Steven Basileo*
    Mark A. Samuels (pro hac vice)- Lead
    Counsel
    Brian M. Berliner (pro hac vice)
    Vision L. Winter (pro hac vice)
    Steven Basileo (pro hac vice)
    O'MELVENY & MYERS LLP
    400 South Hope Street
    Los Angeles, CA 90071-2899
    (213) 430-6000
    (213) 430-6407 - Fax

    Deron Dacus
    Texas Bar No. 00790553
    THE DACUS FIRM, P.C.
    821 ESE Loop 323, Suite 430
    Tyler, TX 75701
    (903) 705-1117- Phone & Fax

**ATTORNEYS FOR DEFENDANTS
TPV TECHNOLOGY LIMITED, TPV
INTERNATIONAL (USA), INC., TOP
VICTORY ELECTRONICS (TAIWAN)
CO., LTD., TOP VICTORY
ELECTRONICS (FUJIAN) CO., LTD.,
AND ENVISION PERIPHERALS, INC.**


By: */s/ Brady Cox*
    Brady Cox
    Texas Bar No. 24074084
    brady.cox@alston.com
    ALSTON & BIRD LLP
    2828 N. Harwood Street, Suite 1800
    Dallas, TX 75201
    (214) 922-3400
    (214) 922-3899- Fax

    Yitai Hu (pro hac vice)
    yitai.hu@alston.com
    Elizabeth H. Rader (pro hac vice)
    elizabeth.rader@alston.com
    Ryan W. Koppelman (pro hac vice)
    ryan.koppelman@alston.com
    ALSTON & BIRD LLP
    275 Middlefield Road, Suite 150

Menlo Park, CA 94025-4008
(650) 838-2121
(650) 838-2001 -Fax

**ATTORNEYS FOR DEFENDANTS AMTRAN TECHNOLOGY CO., LTD. AND AMTRAN LOGISTICS, INC.**


By: */s/ Azar Mouzari*
Azar Mouzari (pro hac vice)
amouzari@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, CA 90067-3026
(310) 551-8702
(31 0) 552-7022 - Fax

Mark N. Reiter
Texas Bar No. 16759900
mreiter@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Ave. Ste. 11 00
Dallas, TX 75201-6901
(214) 968-33760
(214) 571-2907- Fax

Jason C. Lo (pro hac vice)
jlo@gibsondunn.com
Jeffrey G. Lau (pro hac vice)
jglau@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
(213) 229-7520- Fax

**ATTORNEY FOR DEFENDANT VIZIO, INC.**

## **CERTIFICATE OF SERVICE**

I certify that on August 30, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants. I further certify that I have e-mailed the foregoing document in pdf format to all non-CM/ECF participants.

*/s/ Alan D Albright*
Alan D Albright