IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2013 AUG 30  PM 3: 07
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

| | | |
|---|---|---|
| FREESCALE SEMICONDUCTOR, INC., | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-12-CV-644-LY |
| | § | |
| AMTRAN TECHNOLOGY CO., LTD.; | § | |
| AMTRAN LOGISTICS, INC.; AOC | § | |
| INTERNATIONAL (USA) LTD.; CSR | § | |
| TECHNOLOGY, INC.; ENVISION | § | |
| PERIPHERALS, INC., FUNAI | § | |
| CORPORATION, INC.; FUNAI | § | |
| ELECTRIC CO., LTD.; MARVELL | § | |
| SEMICONDUCTOR, INC., MEDIATEK, | § | |
| INC.; MEDIATEK USA, INC.; SANYO | § | |
| ELECTRIC CO., LTD.; SANYO NORTH | § | |
| AMERICA CORPORATION; SANYO | § | |
| MANUFACTURING CORPORATION; | § | |
| TOP VICTORY ELECTRONICS | § | |
| (TAIWAN) CO., LTD.; TOP VICTORY | § | |
| ELECTRONICS (FUJIAN) CO., LTD.; | § | |
| TPV TECHNOLOGY LIMITED; TPV | § | |
| INTERNATIONAL (USA) INC.; VIZIO, | § | |
| INC.; AND ZORAN CORPORATION. | § | |
| DEFENDANTS. | § | |

## ORDER RESETTING CLAIM-CONSTRUCTION HEARING

**IT IS HEREBY ORDERED** that the claim-construction hearing previously set for 9:00 a.m.

on Monday, September 9, 2013, is **RESET** for **9:00 a.m., Thursday, October 24, 2013**.

SIGNED this _30th_ day of August, 2013.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE