# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **FREESCALE SEMICONDUCTOR, INC.** | § CIVIL ACTION NO. 1:12-cv-644-LY |
| | § (Consolidated) |
| **Plaintiff,** | § |
| | § |
| v. | § |
| AMTRAN TECHNOLOGY CO., LTD.; | § |
| AMTRAN LOGISTICS, INC.; | § |
| CSR TECHNOLOGY, INC.; FUNAI | § |
| CORPORATION, INC.; FUNAI | § |
| ELECTRIC CO., LTD.; MARVELL | § |
| SEMICONDUCTOR, INC., MEDIATEK, | § |
| INC.; MEDIATEK USA INC.; | § |
| SANYO ELECTRIC CO., LTD.; | § |
| SANYO NORTH AMERICA | § |
| CORPORATION; SANYO | § |
| MANUFACTURING CORPORATION; | § |
| TOP VICTORY ELECTRONICS | § |
| (TAIWAN) CO., LTD.; TOP VICTORY | § |
| ELECTRONICS (FUJIAN) CO., LTD.; | § |
| TPV TECHNOLOGY LIMITED; TPV | § |
| INTERNATIONAL (USA) INC.; VIZIO, | § |
| INC.; AND ZORAN CORPORATION. | § |
| | § |
| **DEFENDANTS.** | § |

**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION
REGARDING PLAINTIFF FREESCALE SEMICONDUCTOR, INC.'S
RESPONSE TO MEDIATEK'S RENEWED MOTION TO DISMISS FOR LACK OF
PERSONAL JURISDICTION**

Plaintiff, Freescale Semiconductor, Inc. ("Freescale") hereby submits this motion for leave to exceed the Court's page limitation with respect to Freescale's Response to Defendant MediaTek, Inc.'s ("MediaTek") Renewed Motion to Dismiss For Lack of Personal Jurisdiction (attached hereto as Exhibit A).

#4359821.1

In support of this motion, Freescale would show that MediaTek's motion to dismiss raises myriad issues to which Freescale must properly respond.  The additional pages sought by Freescale are necessary to sufficiently brief those issues (as well as the numerous issues arising from the jurisdictional discovery obtained from MediaTek), in order to aid this Court in reaching a correct and just result.

Freescale moves for an order from the Court extending the Court's briefing page limitation from 20 to 25 pages (or less) with respect to Freescale's response to MediaTek's motion to dismiss.  Freescale's counsel conferred with MediaTek's counsel on August 28, 2013 regarding this motion, and MediaTek's counsel indicated that MediaTek does not oppose the motion.

A proposed Order granting Freescale's motion for leave to exceed is submitted herewith.

Dated: August 30, 2013 Respectfully submitted,

By: */s/Alan D Albright*
Alan D Albright
State Bar No. 00973650
Email:  alan.albright@bgllp.com
Barry K. Shelton
State Bar No. 24055029
Email:  barry.shelton@bgllp.com
Michael Chibib
State Bar No. 00793497
Email:  michael.chibib@bgllp.com
BRACEWELL & GIULIANI LLP
111 Congress Avenue, Suite 2300
Austin, Texas  78701
(512) 472-7800
(512) 472-9123 fax

*Counsel for Plaintiff,*
*Freescale Semiconductor, Inc.*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(i), I certify that counsel for Freescale conferred with MediaTek's counsel regarding the matters raised in this motion.  Specifically, on August 28, 2013 counsel for Freescale contacted MediaTek's counsel, who indicated that MediaTek would not oppose the Motion.

#4359821.1

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service via the Court's notification system. Local Rule CV-5(b)(1). Pursuant to Local Rule CV-5(b)(2), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy in pdf format via e-mail on  August 30, 2013.

                                            */s/ Alan D Albright*
                                            Alan D Albright

#4359821.1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FREESCALE SEMICONDUCTOR, INC. § | CIVIL ACTION NO. 1:12-cv-644-LY |
| § | (Consolidated) |
| Plaintiff,                        § | |
| § | |
| v.                                § | |
| AMTRAN TECHNOLOGY CO., LTD.; § | |
| AMTRAN LOGISTICS, INC.; CSR § | |
| TECHNOLOGY, INC.; FUNAI § | |
| CORPORATION, INC.; FUNAI § | |
| ELECTRIC CO., LTD.; MARVELL § | |
| SEMICONDUCTOR, INC., MEDIATEK, § | |
| INC.; MEDIATEK USA INC.; § | |
| SANYO ELECTRIC CO., LTD.; § | |
| SANYO NORTH AMERICA § | |
| CORPORATION; SANYO § | |
| MANUFACTURING CORPORATION; § | |
| TOP VICTORY ELECTRONICS § | |
| (TAIWAN) CO., LTD.; TOP VICTORY § | |
| ELECTRONICS (FUJIAN) CO., LTD.; § | |
| TPV TECHNOLOGY LIMITED; TPV § | |
| INTERNATIONAL (USA) INC.; VIZIO, § | |
| INC.; AND ZORAN CORPORATION. § | |
| § | |
| DEFENDANTS.             § | |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION REGARDING PLAINTIFF FREESCALE SEMICONDUCTOR, INC.'S RESPONSE TO DEFENDANT'S RENEWED MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

The Court, having considered Freescale's Unopposed Motion for Leave to Exceed Page Limitation Regarding Freescale's Response to Defendant's Renewed Motion to Dismiss For Lack of Personal Jurisdiction, and noting that the motion is unopposed, finds that Freescale's motion has merit.

#4359821.1

The Court hereby **GRANTS** Freescale's motion for leave to file to exceed the Court's briefing page limitation. Accordingly, Freescale may utilize up to 25 pages to respond to MediaTek's renewed motion to dismiss for lack of personal jurisdiction.

So ORDERED, this day _____, of September, 2013.

_____
THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE

#4359821.1