IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FREESCALE SEMICONDUCTOR, INC. § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> FUNAI CORPORATION, INC.; § <br> FUNAI ELECTRIC CO, LTD.; § <br> CSR TECHNOLOGY, INC.; ZORAN § <br> CORPORATION; MEDIATEK INC.; § <br> MEDIATEK USA INC.; § <br> VIZIO, INC.; SANYO ELECTRIC CO., LTD.; § <br> SANYO NORTH AMERICA CORPORATION; § <br> SANYO MANUFACTURING § <br> CORPORATION; TPV TECHNOLOGY § <br> LIMITED; TPV INTERNATIONAL (USA) § <br> INC.; TOP VICTORY ELECTRONICS § <br> (TAIWAN) CO., LTD.; TOP VICTORY § <br> ELECTRONICS (FUJIAN) CO., LTD.; § <br> ENVISION PERIPHERALS, INC.; AMTRAN § <br> TECHNOLOGY CO., LTD; § <br> AMTRAN LOGISTICS, INC., AND § <br> MARVELL SEMICONDUCTOR, INC. § <br> § <br> Defendants. § | CIVIL ACTION NO. 1:12-cv-644-LY <br> (LEAD CASE) |

**PLAINTIFF FREESCALE SEMICONDUCTOR, INC.'S NOTICE TO THE COURT REGARDING CORRECTED RESPONSIVE CLAIM CONSTRUCTION BRIEF**

On behalf of Plaintiff Freescale Semiconductor, Inc. ("Freescale"), the undersigned counsel advises the Court that Freescale submitted a Corrected Responsive Claim Construction Brief ("Corrected Brief") to the court today. The Corrected Brief's only difference from Freescale Responsive Claim Construction Brief (D.I. 126) is the page numbering and any page number citations from the table of authorities and table of contents.

1

Dated:  September 5, 2013 Respectfully submitted,

By: /s/*Alan D Albright*
Alan D Albright
State Bar No. 00973650
Email:  alan.albright@bgllp.com
Barry K. Shelton
State Bar No. 24055029
Email:  barry.shelton@bgllp.com
Michael Chibib
State Bar No. 00793497
Email:  michael.chibib@bgllp.com
BRACEWELL & GIULIANI LLP
111 Congress Avenue, Suite 2300
Austin, Texas  78701
(512) 472-7800
(512) 472-9123 fax

*Counsel for Plaintiff,*
*Freescale Semiconductor, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(b)(1) on September 5, 2013:

All others will be served via e-mail.

*/s/ Alan D Albright*
Alan D Albright