IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **FREESCALE SEMICONDUCTOR, INC.,** | § § | |
| PLAINTIFF, | § § | CAUSE NO. A-12-CV-604-LY |
| V. | § § | CAUSE NO. A-12-CV-644-LY |
| | § | (LEAD CASE) |
| AMTRAN TECHNOLOGY CO., LTD.; AMTRAN LOGISTICS, INC.; CSR TECHNOLOGY, INC.; ENVISION PERIPHERALS, INC., FUNAI CORPORATION, INC.; FUNAI ELECTRIC CO., LTD.; MARVELL SEMICONDUCTOR, INC.; MEDIATEK, INC.; MEDIATEK USA INC.; SANYO ELECTRIC CO., LTD.; SANYO NORTH AMERICA CORPORATION; SANYO MANUFACTURING CORPORATION; TOP VICTORY ELECTRONICS (TAIWAN) CO., LTD.; TOP VICTORY ELECTRONICS (FUJIAN) CO., LTD.; TPV TECHNOLOGY LIMITED; TPV INTERNATIONAL (USA) INC.; VIZIO, INC.; AND ZORAN CORPORATION, | § § § § § § § § § § § § § § § § § | |
| DEFENDANTS. | § § | |

**JOINT STIPULATION REGARDING SETTLEMENT**

Freescale Semiconductor, Inc. ("Freescale") and CSR Technology Inc. and Zoran Corporation (the "CSR Parties") hereby advise the Court and all parties to the above-referenced action that Freescale and the CSR Parties have entered into a Binding Settlement and License Agreement ("Agreement"). Pursuant to the Agreement, Freescale has agreed to withdraw its claims or portions of claims asserted in the above-captioned and numbered actions against Defendants Funai Corporation, Inc., Funai Electric Co., Ltd., SANYO Electric Co., Ltd., SANYO North America Corporation, SANYO Manufacturing Corporation, TPV Technology

Limited, TPV International (USA) Inc., Top Victory Electronics (Taiwan) Co., Ltd., Top Victory Electronics (Fujian) Co., Ltd., and Envision Peripherals, Inc. (collectively the "Customer Defendants") to the extent Freescale's claims against the Customer Defendants are based on the Customer Defendants' use or right to use in their products CSR Products (as defined by the Agreement).  All claims or portions of claims asserted in the above-captioned and numbered actions against the Customer Defendants based on such Customer Defendants' use of non-CSR Products shall continue in full force.  Accordingly, Freescale and the CSR Parties file this Joint Stipulation as set forth below.

1.	Freescale will seek leave to amend its Second Amended Consolidated Complaint to withdraw its claims or portions of claims asserted in the above-captioned and numbered actions against the Customer Defendants to the extent Freescale's claims against the Customer Defendants are based on the Customer Defendants' use or right to use in their products CSR Products.

2.	All claims or portions of claims asserted in the above-captioned and numbered actions against the Customer Defendants based on such Customer Defendants' use of non-CSR Products shall continue in full force.

Dated: September 18, 2013

Respectfully submitted,

By:/s/ Alan D Albright
Alan D Albright
State Bar No. 00973650
Email:  alan.albright@bgllp.com
Barry K. Shelton
State Bar No. 24055029
Email:  barry.shelton@bgllp.com
Michael Chibib
State Bar No. 00793497
Email:  michael.chibib@bgllp.com
BRACEWELL & GIULIANI LLP
111 Congress Avenue, Suite 2300
Austin, Texas  78701
(512) 472-7800
(512) 472-9123 fax

**ATTORNEYS FOR PLAINTIFF FREESCALE SEMICONDUCTOR, INC.**

Respectfully submitted,

By: /s/ Courtney Stewart
John M. Guaragna
Texas Bar No. 24043308
john.guaragna@dlapiper.com
Courtney Stewart
Texas Bar No. 24042039
courtney.stewart@dlapiper.com
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Telephone:  (512) 457-7000
Facsimile:  (512) 457-7001

Mark D. Fowler (pro hac vice)
mark.fowler@dlapiper.com
Alan A. Limbach (pro hac vice)
alan.limbach@dlapiper.com
Timothy W. Lohse (pro hac vice)
timothy.lohse@dlapiper.com
Brent K. Yamashita (pro hac vice)
brent.yamashita@dlapiper.com
Michael G. Schwartz (pro hac vice)
michael.schwartz@dlapiper.com
Aaron Wainscoat (pro hac vice)
aaron.wainscoat@dlapiper.com
Erik R. Fuehrer (pro hac vice)
erik.fuehrer@dlapiper.com
Tiffany Nichols (pro hac vice)
tiffany.nichols@dlapiper.com
Summer Krause (pro hac vice)
summer.krause@dlapiper.com
Katherine Cheung (pro hac vice)
katherine.cheung@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2214
(650) 833-2000
(650) 844-2001 -Fax

**ATTORNEYS FOR DEFENDANTS CSR TECHNOLOGY INC. AND ZORAN CORPORATION**

## **CERTIFICATE OF SERVICE**

      I certify that on September 18, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants. I further certify that I have served via e-mail pdf to all non-CM/ECF participants.

                                        */s/ Alan D Albright*
                                        Alan D Albright