**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **FREESCALE SEMICONDUCTOR, INC.,** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **V.** | § | **CAUSE NO. A-12-CV-644-LY** |
| | § | **(LEAD CASE)** |
| **AMTRAN TECHNOLOGY CO., LTD.;** | § | |
| **AMTRAN LOGISTICS, INC.;** | § | |
| **CSR TECHNOLOGY, INC.; ENVISION** | § | |
| **PERIPHERALS, INC., FUNAI** | § | |
| **CORPORATION, INC.; FUNAI** | § | |
| **ELECTRIC CO., LTD.; MARVELL** | § | |
| **SEMICONDUCTOR, INC.; MEDIATEK,** | § | |
| **INC.; MEDIATEK USA INC.; SANYO** | § | |
| **ELECTRIC CO., LTD.; SANYO NORTH** | § | |
| **AMERICA CORPORATION; SANYO** | § | |
| **MANUFACTURING CORPORATION;** | § | |
| **TOP VICTORY ELECTRONICS** | § | |
| **(TAIWAN) CO., LTD.; TOP VICTORY** | § | |
| **ELECTRONICS (FUJIAN) CO., LTD.;** | § | |
| **TPV TECHNOLOGY LIMITED; TPV** | § | |
| **INTERNATIONAL (USA) INC.; VIZIO,** | § | |
| **INC.; AND ZORAN CORPORATION,** | § | |
| | § | |
| **DEFENDANTS.** | § | |

<u>**JOINT STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE**</u>

Freescale Semiconductor, Inc. ("Freescale") and Defendants Funai Corporation, Inc.,

Funai Electric Co., Ltd., SANYO Electric Co., Ltd., SANYO North America Corporation,

SANYO Manufacturing Corporation, TPV Technology Limited, TPV International (USA) Inc.,

Top Victory Electronics (Taiwan) Co., Ltd., Top Victory Electronics (Fujian) Co., Ltd., and

Envision Peripherals, Inc. (collectively the "Customer Defendants") hereby advise the Court and

all parties to the above-referenced action that Freescale and CSR Technology Inc. and Zoran

Corporation (the "CSR Parties") have entered into a Binding Settlement and License Agreement

("Agreement").  Pursuant to the Agreement, Freescale has agreed to withdraw its claims or portions of claims asserted in the above-captioned and numbered action against the Customer Defendants to the extent Freescale's claims against the Customer Defendants are based on the Customer Defendants' use or right to use in their products certain CSR Products (as defined by the Agreement).  All claims or portions of claims asserted in the above-captioned and numbered action against the Customer Defendants based on such Customer Defendants' use of non-CSR Products shall continue in full force.  Accordingly, Freescale and the Customer Defendants file this Joint Stipulation and Joint Motion to Dismiss with Prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2), and move the Court for a dismissal of claims brought by Freescale against the Customer Defendants as set forth below.

1.     Freescale and the CSR Parties have settled all claims and counterclaims arising between them in the above-captioned and numbered action.

2.     Pursuant to the Agreement between Freescale and the CSR Parties, Freescale has agreed to withdraw its claims or portions of claims asserted in the above-captioned and numbered action against the Customer Defendants to the extent Freescale's claims against the Customer Defendants are based on the Customer Defendants' use or right to use in their products certain CSR Products.  Accordingly, Freescale and the Customer Defendants hereby request that all claims arising between Freescale and the Customer Defendants based on the Customer Defendants' use or right to use in their products certain CSR Products in the above-entitled and numbered action be **dismissed with prejudice**.

3.     Freescale will seek leave to amend its Second Amended Consolidated Complaint to withdraw its claims or portions of claims asserted in the above-captioned and numbered action against the Customer Defendants to the extent Freescale's claims against the Customer

Defendants are based on the Customer Defendants' use or right to use in their products certain CSR Products.

      4.      All claims or portions of claims asserted in the above-captioned and numbered action against the Customer Defendants based on such Customer Defendants' use of non-CSR Products shall continue in full force.

Dated: September 18, 2013

Respectfully submitted,                    Respectfully submitted,

By:/s/ Alan D Albright                     By:/s/ Steven J. Routh
Alan D Albright                            Steven J. Routh
State Bar No. 00973650                     Sten Jensen
Email: alan.albright@bgllp.com             Christopher J. Higgins
Barry K. Shelton                           ORRICK, HERRINGTON & SUTCLIFFE
State Bar No. 24055029                     LLP
Email: barry.shelton@bgllp.com             Columbia Center
Michael Chibib                             1152 15th Street N.W.
State Bar No. 00793497                     Washington, D.C. 20005-1706
Email: michael.chibib@bgllp.com            (202) 339-8400
BRACEWELL & GIULIANI LLP
111 Congress Avenue, Suite 2300            William H. Wright
Austin, Texas  78701                       ORRICK, HERRINGTON & SUTCLIFFE
(512) 472-7800                             LLP
(512) 472-9123 fax                         777 South Figueroa Street, Suite 3200
                                           Los Angeles, CA 9001 7
***ATTORNEYS FOR PLAINTIFF***              (213) 612-2478
***FREESCALE SEMICONDUCTOR, INC.***
                                           George B. Butts
                                           Texas Bar No. 03543500
                                           8911 North Capital of Texas Highway,
                                           Suite 2120
                                           Austin, TX 78759
                                           (512) 815-7872

                                           Paul Devinsky
                                           Christopher L. May
                                           McDERMOTT WILL & EMERY LLP
                                           500 North Capital Street NW
                                           Washington, DC 20005-3096
                                           (202) 756-8000
                                           (202) 756-8087 -Fax

                                           Gary Zausmer
                                           WINSTEAD, P.C.
                                           401 Congress Ave., Suite 2100
                                           Austin, TX 78701
                                           (512) 370-2800
                                           (512) 370-2850- Fax

                                           ***ATTORNEYS FOR DEFENDANTS***
                                           ***FUNAI ELECTRIC CO, LTD. AND***

*FUNAI CORPORATION, INC.*

By: */s/ Melissa Richards Smith*
Melissa Richards Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM AND SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
(903) 934-8450
(903) 934-9257 - Fax

Timothy J. Vezeau (pro hac vice)
Michael A. Dorfman (pro hac vice)
Dennis C. Lee (pro hac vice)
KATTEN MUCHIN ROSENMAN, LLP
525 West Monroe Street
Chicago, IL 60661
(312) 902.5200
(312) 902.1061 –Fax

*ATTORNEYS FOR DEFENDANTS*
*SANYO ELECTRIC CO., LTD., SANYO*
*MANUFACTURING CORPORATION*
*AND SANYO NORTH AMERICA*
*CORPORATION*

By: */s/ Steven Basileo*
Mark A. Samuels (pro hac vice)- Lead
Counsel
Brian M. Berliner (pro hac vice)
Vision L. Winter (pro hac vice)
Steven Basileo (pro hac vice)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
(213) 430-6000
(213) 430-6407 - Fax

Deron Dacus
Texas Bar No. 00790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
(903) 705-1117- Phone & Fax

***ATTORNEYS FOR DEFENDANTS
TPV TECHNOLOGY LIMITED, TPV
INTERNATIONAL (USA), INC., TOP
VICTORY ELECTRONICS (TAIWAN)
CO., LTD., TOP VICTORY
ELECTRONICS (FUJIAN) CO., LTD.,
AND ENVISION PERIPHERALS, INC.***

## <u>CERTIFICATE OF SERVICE</u>

I certify that on September 18, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.  I further certify that I have served via e-mail pdf to all non-CM/ECF participants.

/s/  Alan D Albright
Alan D Albright

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **FREESCALE SEMICONDUCTOR, INC.,** | § | |
| | § | |
| **PLAINTIFF,** | § | **CAUSE NO. A-12-CV-604-LY** |
| | § | |
| **V.** | § | **CAUSE NO. A-12-CV-644-LY** |
| | § | **(LEAD CASE)** |
| **AMTRAN TECHNOLOGY CO., LTD.;** | § | |
| **AMTRAN LOGISTICS, INC.;** | § | |
| **CSR TECHNOLOGY, INC.; ENVISION** | § | |
| **PERIPHERALS, INC., FUNAI** | § | |
| **CORPORATION, INC.; FUNAI** | § | |
| **ELECTRIC CO., LTD.; MARVELL** | § | |
| **SEMICONDUCTOR, INC.; MEDIATEK,** | § | |
| **INC.; MEDIATEK USA INC.; SANYO** | § | |
| **ELECTRIC CO., LTD.; SANYO NORTH** | § | |
| **AMERICA CORPORATION; SANYO** | § | |
| **MANUFACTURING CORPORATION;** | § | |
| **TOP VICTORY ELECTRONICS** | § | |
| **(TAIWAN) CO., LTD.; TOP VICTORY** | § | |
| **ELECTRONICS (FUJIAN) CO., LTD.;** | § | |
| **TPV TECHNOLOGY LIMITED; TPV** | § | |
| **INTERNATIONAL (USA) INC.; VIZIO,** | § | |
| **INC.; AND ZORAN CORPORATION,** | § | |
| | § | |
| **DEFENDANTS.** | § | |

## ORDER GRANTING JOINT STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE

Before the Court is Plaintiff's Joint Motion to Dismiss With Prejudice. Pursuant to

Federal Rules of Civil Procedure 41(a)(2), the Court, having considered the Motion, is of the

opinion and finds that the Motion should and is hereby GRANTED.

IT IS THEREFORE ORDERED that all claims brought by Freescale Semiconductor, Inc.

("Freescale") against Defendants Funai Corporation, Inc., Funai Electric Co., Ltd., SANYO

Electric Co., Ltd., SANYO North America Corporation, SANYO Manufacturing Corporation,

TPV Technology Limited, TPV International (USA) Inc., Top Victory Electronics (Taiwan) Co., Ltd., Top Victory Electronics (Fujian) Co., Ltd., and Envision Peripherals, Inc. (collectively the "Customer Defendants") in the above-styled and numbered cause arising out of the Customer Defendants' use or right to use in their products certain CSR Products be **dismissed with prejudice**.  All claims or portions of claims asserted in the above-captioned and numbered action against the Customer Defendants based on such Customer Defendants' use of non-CSR Products shall continue in full force.

SIGNED this _____ day of September, 2013.

_____
THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE