IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREESCALE SEMICONDUCTOR, INC., | § § | |
| PLAINTIFF, | § § | CAUSE NO. A-12-CV-604-LY |
| V. | § § | CAUSE NO. A-12-CV-644-LY |
| AMTRAN TECHNOLOGY CO., LTD.; AMTRAN LOGISTICS, INC.; CSR TECHNOLOGY, INC.; ENVISION PERIPHERALS, INC., FUNAI CORPORATION, INC.; FUNAI ELECTRIC CO., LTD.; MARVELL SEMICONDUCTOR, INC.; MEDIATEK, INC.; MEDIATEK USA INC.; SANYO ELECTRIC CO., LTD.; SANYO NORTH AMERICA CORPORATION; SANYO MANUFACTURING CORPORATION; TOP VICTORY ELECTRONICS (TAIWAN) CO., LTD.; TOP VICTORY ELECTRONICS (FUJIAN) CO., LTD.; TPV TECHNOLOGY LIMITED; TPV INTERNATIONAL (USA) INC.; VIZIO, INC.; AND ZORAN CORPORATION, | § § § § § § § § § § § § § § § § § § § § | (LEAD CASE) |
| DEFENDANTS. | § § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Freescale Semiconductor, Inc. ("Freescale") and CSR Technology Inc. and Zoran Corporation (the "CSR Parties") hereby advise the Court and all parties to the above-referenced action that Freescale and the CSR Parties have entered into a Binding Settlement and License Agreement ("Agreement") that resolves all claims and causes of action between them and particular claims or portions of claims with respect to CSR customers to the extent they are based on or arise out of the CSR Parties' products, effective August 28, 2013. Accordingly, Freescale and the CSR Parties file this Joint Motion to Dismiss with Prejudice pursuant to Federal Rule of

Civil Procedure 41, and move the Court for a dismissal with prejudice as to all claims, answers, defenses and counterclaims brought by Freescale and the CSR Parties in the above-captioned and numbered actions as set forth below.

1. Freescale and the CSR Parties have settled all claims and counterclaims asserted between them in the above-captioned and numbered cases. Accordingly, Freescale and the CSR Parties hereby request that all claims, answers, defenses and counterclaims asserted between Freescale and the CSR Parties in the above-entitled and numbered cases be **dismissed with prejudice**.

2. All costs of court, attorneys' fees, and expenses of the dismissed parties will be paid by the parties incurring the same.

A proposed order is attached.

Dated: September 18, 2013

Respectfully submitted,                              Respectfully submitted,

By:/s/ Alan D Albright                               By: /s/ Courtney Stewart
Alan D Albright                                      John M. Guaragna
State Bar No. 00973650                               Texas Bar No. 24043308
Email:  alan.albright@bgllp.com                      john.guaragna@dlapiper.com
Barry K. Shelton                                     Courtney Stewart
State Bar No. 24055029                               Texas Bar No. 24042039
Email:  barry.shelton@bgllp.com                      courtney.stewart@dlapiper.com
Michael Chibib                                       DLA PIPER LLP (US)
State Bar No. 00793497                               401 Congress Avenue, Suite 2500
Email:  michael.chibib@bgllp.com                     Austin, TX 78701-3799
BRACEWELL & GIULIANI LLP                             Telephone:  (512) 457-7000
111 Congress Avenue, Suite 2300                      Facsimile:  (512) 457-7001
Austin, Texas  78701
(512) 472-7800                                       Mark D. Fowler (pro hac vice)
(512) 472-9123 fax                                   mark.fowler@dlapiper.com
                                                     Alan A. Limbach (pro hac vice)
**ATTORNEYS FOR PLAINTIFF**                          alan.limbach@dlapiper.com
**FREESCALE SEMICONDUCTOR,**                         Timothy W. Lohse (pro hac vice)
**INC.**                                             timothy.lohse@dlapiper.com
                                                     Brent K. Yamashita (pro hac vice)
                                                     brent.yamashita@dlapiper.com
                                                     Michael G. Schwartz (pro hac vice)
                                                     michael.schwartz@dlapiper.com
                                                     Aaron Wainscoat (pro hac vice)
                                                     aaron.wainscoat@dlapiper.com
                                                     Erik R. Fuehrer (pro hac vice)
                                                     erik.fuehrer@dlapiper.com
                                                     Tiffany Nichols (pro hac vice)
                                                     tiffany.nichols@dlapiper.com
                                                     Summer Krause (pro hac vice)
                                                     summer.krause@dlapiper.com
                                                     Katherine Cheung (pro hac vice)
                                                     katherine.cheung@dlapiper.com
                                                     DLA PIPER LLP (US)
                                                     2000 University Avenue
                                                     East Palo Alto, CA  94303-2214
                                                     (650) 833-2000
                                                     (650) 844-2001 -Fax

                                                     **ATTORNEYS FOR DEFENDANTS**
                                                     **CSR TECHNOLOGY INC. AND**
                                                     **ZORAN CORPORATION**

## **CERTIFICATE OF SERVICE**

I certify that on September 18, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.  I further certify that I have served via e-mail pdf to all non-CM/ECF participants.

>  */s/  Alan D Albright*
>  Alan D Albright

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **FREESCALE SEMICONDUCTOR, INC.,** | § § | |
| PLAINTIFF, | § § | CAUSE NO. A-12-CV-604-LY |
| V. | § § | CAUSE NO. A-12-CV-644-LY |
| | § | (LEAD CASE) |
| **AMTRAN TECHNOLOGY CO., LTD.; AMTRAN LOGISTICS, INC.; CSR TECHNOLOGY, INC.; ENVISION PERIPHERALS, INC., FUNAI CORPORATION, INC.; FUNAI ELECTRIC CO., LTD.; MARVELL SEMICONDUCTOR, INC.; MEDIATEK, INC.; MEDIATEK USA INC.; SANYO ELECTRIC CO., LTD.; SANYO NORTH AMERICA CORPORATION; SANYO MANUFACTURING CORPORATION; TOP VICTORY ELECTRONICS (TAIWAN) CO., LTD.; TOP VICTORY ELECTRONICS (FUJIAN) CO., LTD.; TPV TECHNOLOGY LIMITED; TPV INTERNATIONAL (USA) INC.; VIZIO, INC.; AND ZORAN CORPORATION,** | § § § § § § § § § § § § § § § § | |
| DEFENDANTS. | § | |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

Before the Court is the Parties' Joint Motion to Dismiss With Prejudice. Pursuant to Federal Rule of Civil Procedure 41, the Court, having considered the Motion, is of the opinion and finds that the Motion should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that all claims, answers, defenses and counterclaims asserted among Freescale Semiconductor, Inc. ("Freescale") and CSR Technology Inc. and Zoran Corporation (the "CSR Parties") in the above-styled and numbered causes are **dismissed**

**with prejudice.** All costs of court, attorneys' fees, and expenses of the dismissed parties will be paid by the parties incurring the same.

SIGNED this _____ day of September, 2013.

_____
THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE