FILED

2013 SEP 23  AM 10: 36

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREESCALE SEMICONDUCTOR, INC., | § § | |
| PLAINTIFF, | § § | CAUSE NO. A-12-CV-604-LY |
| V. | § § | CAUSE NO. A-12-CV-644-LY (LEAD CASE) |
| AMTRAN TECHNOLOGY CO., LTD.; AMTRAN LOGISTICS, INC.; CSR TECHNOLOGY, INC.; ENVISION PERIPHERALS, INC., FUNAI CORPORATION, INC.; FUNAI ELECTRIC CO., LTD.; MARVELL SEMICONDUCTOR, INC.; MEDIATEK, INC.; MEDIATEK USA INC.; SANYO ELECTRIC CO., LTD.; SANYO NORTH AMERICA CORPORATION; SANYO MANUFACTURING CORPORATION; TOP VICTORY ELECTRONICS (TAIWAN) CO., LTD.; TOP VICTORY ELECTRONICS (FUJIAN) CO., LTD.; TPV TECHNOLOGY LIMITED; TPV INTERNATIONAL (USA) INC.; VIZIO, INC.; AND ZORAN CORPORATION, | § § § § § § § § § § § § § § § § | |
| DEFENDANTS. | § § | |

### ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

Before the Court is the Parties' Joint Motion to Dismiss With Prejudice. Pursuant to Federal Rule of Civil Procedure 41, the Court, having considered the Motion, is of the opinion and finds that the Motion should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that all claims, answers, defenses and counterclaims asserted among Freescale Semiconductor, Inc. ("Freescale") and CSR Technology Inc. and Zoran Corporation (the "CSR Parties") in the above-styled and numbered causes are **dismissed**

**with prejudice.** All costs of court, attorneys' fees, and expenses of the dismissed parties will be paid by the parties incurring the same.

SIGNED this 3rd day of September, 2013.

_____
THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE