IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREESCALE SEMICONDUCTOR, INC., | § § | |
| PLAINTIFF, | § § | CAUSE NO. A-12-CV-604-LY |
| V. | § § | CAUSE NO. A-12-CV-644-LY (LEAD CASE) |
| AMTRAN TECHNOLOGY CO., LTD.; AMTRAN LOGISTICS, INC.; CSR TECHNOLOGY, INC.; ENVISION PERIPHERALS, INC., FUNAI CORPORATION, INC.; FUNAI ELECTRIC CO., LTD.; MARVELL SEMICONDUCTOR, INC.; MEDIATEK, INC.; MEDIATEK USA INC.; SANYO ELECTRIC CO., LTD.; SANYO NORTH AMERICA CORPORATION; SANYO MANUFACTURING CORPORATION; TOP VICTORY ELECTRONICS (TAIWAN) CO., LTD.; TOP VICTORY ELECTRONICS (FUJIAN) CO., LTD.; TPV TECHNOLOGY LIMITED; TPV INTERNATIONAL (USA) INC.; VIZIO, INC.; AND ZORAN CORPORATION, | § § § § § § § § § § § § § § § § | |
| DEFENDANTS. | § § | |

## ORDER GRANTING JOINT STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE

Before the Court is Plaintiff's Joint Motion to Dismiss With Prejudice. Pursuant to Federal Rules of Civil Procedure 41(a)(2), the Court, having considered the Motion, is of the opinion and finds that the Motion should and is hereby GRANTED.

IT IS THEREFORE ORDERED that all claims brought by Freescale Semiconductor, Inc. ("Freescale") against Defendants Funai Corporation, Inc., Funai Electric Co., Ltd., SANYO Electric Co., Ltd., SANYO North America Corporation, SANYO Manufacturing Corporation,

TPV Technology Limited, TPV International (USA) Inc., Top Victory Electronics (Taiwan) Co., Ltd., Top Victory Electronics (Fujian) Co., Ltd., and Envision Peripherals, Inc. (collectively the "Customer Defendants") in the above-styled and numbered cause arising out of the Customer Defendants' use or right to use in their products certain CSR Products be **dismissed with prejudice**. All claims or portions of claims asserted in the above-captioned and numbered action against the Customer Defendants based on such Customer Defendants' use of non-CSR Products shall continue in full force.

SIGNED this 23rd day of September, 2013.

_____
THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE