FILED
2013 SEP 23   AM 10: 36

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FREESCALE SEMICONDUCTOR, INC., § <br> PLAINTIFF, § <br> § <br> V.  § <br> § <br> AMTRAN TECHNOLOGY CO., LTD.; § <br> AMTRAN LOGISTICS, INC.; AOC § <br> INTERNATIONAL (USA) LTD.; § <br> ENVISION PERIPHERALS, INC., § <br> FUNAI CORPORATION, INC.; FUNAI § <br> ELECTRIC CO., LTD.; MARVELL § <br> SEMICONDUCTOR, INC., MEDIATEK, § <br> INC.; MEDIATEK USA, INC.; SANYO § <br> ELECTRIC CO., LTD.; SANYO NORTH § <br> AMERICA CORPORATION; SANYO § <br> MANUFACTURING CORPORATION; § <br> TOP VICTORY ELECTRONICS § <br> (TAIWAN) CO., LTD.; TOP VICTORY § <br> ELECTRONICS (FUJIAN) CO., LTD.; § <br> TPV TECHNOLOGY LIMITED; TPV § <br> INTERNATIONAL (USA) INC.; AND, § <br> VIZIO INC., § <br> DEFENDANTS. § <br> § | CAUSE NO. A-12-CV-604-LY <br><br> CAUSE NO. A-12-CV-644-LY <br> (LEAD CASE) |

## ORDER

Before the court is the above entitled cause of action. On this same date, the court rendered an order dismissing Plaintiff Freescale Semiconductor Inc.'s claims against Defendants CSR Technology, Inc. and Zoran Corporation. In light of the dismissal,

**IT IS ORDERED** that the style in the case remaining before this court be modified as noted in the style utilized in this order.

The clerk and the parties in this case are **FURTHER ORDERED** to use the above-referenced style for all future pleadings in this case.

SIGNED this **23rd** day of September, 2013.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE