UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FREESCALE SEMICONDUCTOR, INC.<br><br>Plaintiff,<br><br>v.<br><br>AMTRAN TECHNOLOGY CO., LTD.;<br>AMTRAN LOGISTICS, INC.; CSR<br>TECHNOLOGY, INC.; ENVISION<br>PERIPHERALS, INC.; FUNAI<br>CORPORATION, INC.; FUNAI ELECTRIC<br>CO., LTD.; MARVELL SEMICONDUCTOR,<br>INC.; MEDIATEK, INC.; MEDIATEK USA<br>INC.; SANYO ELECTRIC CO., LTD.; SANYO<br>NORTH AMERICA CORPORATION;<br>SANYO MANUFACTURING<br>CORPORATION; TOP VICTORY<br>ELECTRONICS (TAIWAN) CO., LTD.; TOP<br>VICTORY ELECTRONICS (FUJIAN) CO.,<br>LTD.; TPV TECHNOLOGY LIMITED; TPV<br>INTERNATIONAL (USA) INC.; VIZIO, INC.;<br>AND ZORAN CORPORATION.<br><br>Defendants. | CIVIL ACTION NO. 1:12-CV-644-LY |

**ORDER DENYING PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE THIRD AMENDED CONSOLIDATED COMPLAINT FOR PATENT INFRINGEMENT AS IT RELATES TO FUNAI CORPORATION, INC. AND FUNAI ELECTRIC CO., LTD.**

**CAME ON** for consideration on this date in the above-styled and numbered cause, Plaintiff's Motion for Leave to file Third Amended Consolidated Complaint for Patent Infringement. The Court, having carefully considered this Motion, along with the Response of Defendants Funai Electric Co., Ltd. and Funai Corporation, Inc., as well as the record in evidence properly before it, is of the opinion that the Motion, as it pertains to Defendants Funai Corporation, Inc. and Funai Electric Co., Ltd., is without merit and should be DENIED.

AUSTIN_1/715553v.1 52171-1

**IT IS THEREFORE ORDERED** that Plaintiff's Opposed Motion for Leave to File Third Amended Consolidated Complaint for Patent Infringement as it relates to Funai Corporation, Inc. and Funai Electric Co., Ltd. is hereby in all respects **DENIED**.

Signed this _____ day of _____, 2013.

_____
The Honorable Lee Yeakel
United States District Judge