# EXHIBIT B

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL: (212) 849-7000 FAX: (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7161**

WRITER'S INTERNET ADDRESS
**carlosrodriguez@quinnemanuel.com**

August 31, 2010

**VIA FEDEX**

Christopher R. Johnson
Bracewell & Giuliani LLP
111 Congress Avenue
Suite 2300
Austin, TX 78701

Re:     *In the Matter of CERTAIN INTEGRATED CIRCUITS, CHIPSETS, AND PRODUCTS
         CONTAINING SAME INCLUDING TELEVISIONS, MEDIA PLAYERS, AND CAMERAS,*
         ITC Inv. No. 337-TA-709

Dear Chris:

Enclosed please find a CD containing MediaTek, Inc.'s voluntary production of documents in
connection with Freescale's request for documents in the matter referred to above. As confirmed
in writing by the parties, these documents shall be treated as confidential business information,
and are being made available on an attorney's-eyes-only basis, under the existing protective
orders in the case.

Please let me know if you have questions.

Very truly yours,

Carlos A. Rodríguez

Enclosures

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | Akasaka Twin Tower Main Bldg., 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81 3 5561-1711 FAX +81 3 5561-1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100