# EXHIBIT E

# May, Christopher

| | |
|---|---|
| **From:** | Gates, Matt <Matt.Gates@bgllp.com> |
| **Sent:** | Tuesday, September 17, 2013 11:20 AM |
| **To:** | USR-FRM-Sanyo-Freescale@kattenlaw.com; funai-freescale@orrick.com; Funai WD TX; #TPV-Freescale-OMM (#TPV-Freescale-OMM@OMM.com) |
| **Cc:** | FSI-12-644 |
| **Subject:** | FSI v. AmTran Technology, et. al. - joint stipulation and motion to dismiss claims based on CSR/Zoran products |
| **Attachments:** | DM-#4371004-v1-JOINT_STIPULATION_AND_MOTION_TO_DISMISS_WITH_PREJUDICE.DOC |
| **Importance:** | High |

Counsel,

As you are aware, Freescale and CSR/Zoran have entered into a Binding Settlement and License Agreement ("Agreement"). Pursuant to that agreement, Freescale has agreed to withdraw its claims or portions of claims asserted in the consolidated cases against Funai, Sanyo, and TPV to the extent Freescale's claims are based on Funai, Sanyo, and TPV's use or right to use CSR/Zoran products. Accordingly, please find attached a joint stipulation and motion to dismiss the forgoing claims. Please let me know if you have any additions, changes, etc. today, if possible. We need to have this filed by tomorrow.

I'm generally available throughout the day to answer questions about the motion, so feel free to give me a call.

Best,

Matt

Matthew Gates | Associate | Bracewell & Giuliani LLP
111 Congress Ave. | Austin, Texas | 78701-4061
T: 512-542-2105 | F: 800-404-3970
matt.gates@bgllp.com | www.bgllp.com

CONFIDENTIALITY STATEMENT
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

1