# EXHIBIT G

# May, Christopher

| | |
|---|---|
| **From:** | Gates, Matt <Matt.Gates@bgllp.com> |
| **Sent:** | Tuesday, September 17, 2013 12:46 PM |
| **To:** | Devinsky, Paul; Chibib, Michael; Alan.Albright@bgllp.com |
| **Cc:** | Funai-Freescale@orrick.com; Funai WD TX; 'gbutts@georgebuttslaw.com' (gbutts@georgebuttslaw.com) |
| **Subject:** | RE: FSI v. AmTran Technology, et. al. - joint stipulation and motion to dismiss claims based on CSR/Zoran products |

Hi Paul,

The dismissal resolves Freescale's claims against Funai for use of CSR/Zoran products. It does not resolve Freescale's claims for Funai's use of unlicensed chips, for example, from MediaTek.

Best,

Matt

Matthew Gates | Associate | Bracewell & Giuliani LLP
111 Congress Ave. | Austin, Texas | 78701-4061
T: 512-542-2105 | F: 800-404-3970
matt.gates@bgllp.com | www.bgllp.com

CONFIDENTIALITY STATEMENT
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Devinsky, Paul [mailto:pdevinsky@mwe.com]
**Sent:** Tuesday, September 17, 2013 11:13 AM
**To:** Gates, Matt; Chibib, Michael; Albright, Alan
**Cc:** Funai-Freescale@orrick.com; Funai WD TX; 'gbutts@georgebuttslaw.com' (gbutts@georgebuttslaw.com)
**Subject:** RE: FSI v. AmTran Technology, et. al. - joint stipulation and motion to dismiss claims based on CSR/Zoran products

Matt – please confirm that by this proposed stip and motion it is the intent of FSI to dismiss the Funai defendants from this action (completely) as all of the claims against the Funai defendants derive from use of the CRS-Zoran ICs. I believe that Alan and George Butts had a conversation to that effect after the tutorial.

Paul Devinsky
McDermott Will & Emery LLP
500 North Capital Street N.W. | Washington, D.C. 20001
*Main:* 202 756 8000 | *Direct:* 202 756 8369 | *Fax:* 202 756 8087 | *Mobile:* 301 512 0060
pdevinsky@mwe.com

BOSTON | BRUSSELS | CHICAGO | DÜSSELDORF | FRANKFURT | HOUSTON | LONDON | LOS ANGELES | MIAMI | MILAN | MUNICH | NEW YORK | ORANGE COUNTY | PARIS | ROME | SILICON VALLEY | SEOUL | WASHINGTON, D.C

---

**From:** Gates, Matt [mailto:Matt.Gates@bgllp.com]
**Sent:** Tuesday, September 17, 2013 11:20 AM
**To:** USR-FRM-Sanyo-Freescale@kattenlaw.com; funai-freescale@orrick.com; Funai WD TX; #TPV-Freescale-OMM (#TPV-Freescale-OMM@OMM.com)

1

**Cc:** FSI-12-644
**Subject:** FSI v. AmTran Technology, et. al. - joint stipulation and motion to dismiss claims based on CSR/Zoran products
**Importance:** High

Counsel,

As you are aware, Freescale and CSR/Zoran have entered into a Binding Settlement and License Agreement ("Agreement"). Pursuant to that agreement, Freescale has agreed to withdraw its claims or portions of claims asserted in the consolidated cases against Funai, Sanyo, and TPV to the extent Freescale's claims are based on Funai, Sanyo, and TPV's use or right to use CSR/Zoran products. Accordingly, please find attached a joint stipulation and motion to dismiss the forgoing claims. Please let me know if you have any additions, changes, etc. today, if possible. We need to have this filed by tomorrow.

I'm generally available throughout the day to answer questions about the motion, so feel free to give me a call.

Best,

Matt

Matthew Gates | Associate | Bracewell & Giuliani LLP
111 Congress Ave. | Austin, Texas | 78701-4061
T: 512-542-2105 | F: 800-404-3970
matt.gates@bgllp.com | www.bgllp.com

CONFIDENTIALITY STATEMENT
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

*******************************************************************************************

IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
*******************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.