# EXHIBIT H

## May, Christopher

| | |
|---|---|
| **From:** | Gates, Matt <Matt.Gates@bgllp.com> |
| **Sent:** | Tuesday, September 17, 2013 4:13 PM |
| **To:** | 'whmediatekwdtex2-defensive@wilmerhale.com' (whmediatekwdtex2-defensive@wilmerhale.com); 'Zoran-CSR-644@dlapiper.com' (Zoran-CSR-644@dlapiper.com); Marvell-Foley-644@foley.com; Marvell12-601WDTex (Marvell12-601WDTex@quinnemanuel.com); 'funai-freescale@orrick.com' (funai-freescale@orrick.com); Funai WD TX; 'USR-FRM-Sanyo-Freescale@kattenlaw.com' (USR-FRM-Sanyo-Freescale@kattenlaw.com); #TPV-Freescale-OMM@omm.com; AmTran Team (AmTran.Team@alston.com) (AmTran.Team@alston.com); 'Vizio-WD-Tex-DA@gibsondunn.com' (Vizio-WD-Tex-DA@gibsondunn.com) |
| **Cc:** | FSI-12-644 |
| **Subject:** | Freescale v AmTran et al. (12-CV-644): Motion for leave to amend complaint |
| **Attachments:** | FSI-3rd_Amended_Consolidated_Complaint.pdf; 3rd_Amended_Consolidated_Complaint (redline).pdf |

Counsel,

Freescale and CSR/Zoran have entered into a Binding Settlement and License Agreement ("Agreement"). Accordingly, Freescale intends to move to amend its complaint to withdraw its claims against CSR/Zoran, and its claims or portions of claims asserted against Funai, Sanyo, and TPV to the extent Freescale's claims are based on Funai, Sanyo, and TPV's use or right to use CSR/Zoran products. Freescale will also seek to conform the asserted claims in its live complaint to its March 1, 2013 Disclosure of Asserted Claims and Preliminary Infringement Contentions. We have attached a red-lined version of Freescale's proposed Third Amended Consolidated Complaint, as well as a clean copy. Pursuant to Local Rule CV-7(i), please let us know by 3:00 Central time tomorrow whether you oppose.

If you have questions, please feel free to call me.

Best,

Matt

Matthew Gates | Associate | Bracewell & Giuliani LLP
111 Congress Ave. | Austin, Texas | 78701-4061
T: 512-542-2105 | F: 800-404-3970
matt.gates@bgllp.com | www.bgllp.com

CONFIDENTIALITY STATEMENT
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

1