IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

2013 OCT 16  AM 11:08

Freescale Semiconductor, Inc.,

                    **Plaintiff**

-vs-                                              Case No.  A-12-CV-644-LY

Amtran Technology Co., LTD, et al.,

                    **Defendants**

## ORDER

BE IT REMEMBERED on this the 16th day of October, 2013, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Timothy Vann Pearce, Jr.** ("Applicant"), counsel for **Funai Electric Co., Ltd., Funai Corporation, Inc.** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Funai Electric Co., Ltd., Funai Corporation, Inc.** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(1), immediately tender the amount of $25.00, made payable to: **Clerk, U.S. District Court.**

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the 16th day of October, 2013.

                                              UNITED STATES DISTRICT JUDGE