IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **FREESCALE SEMICONDUCTOR, INC.,** | § § | |
| PLAINTIFF, | § § | |
| V. | § § | CAUSE NO. A-12-CV-644-LY |
| | § | (LEAD CASE) |
| AMTRAN TECHNOLOGY CO., LTD.; AMTRAN LOGISTICS, INC.; ENVISION PERIPHERALS, INC., FUNAI CORPORATION, INC.; FUNAI ELECTRIC CO., LTD.; MARVELL SEMICONDUCTOR, INC.; MEDIATEK, INC.; MEDIATEK USA INC.; SANYO ELECTRIC CO., LTD.; SANYO NORTH AMERICA CORPORATION; SANYO MANUFACTURING CORPORATION; TOP VICTORY ELECTRONICS (TAIWAN) CO., LTD.; TOP VICTORY ELECTRONICS (FUJIAN) CO., LTD.; TPV TECHNOLOGY LIMITED; TPV INTERNATIONAL (USA) INC.; AND VIZIO, INC.              , DEFENDANTS. | § § § § § § § § § § § § § § § § § § | |

## APPEARANCE OF COUNSEL

TO:    The clerk of court and all parties of records:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for FREESCALE SEMICONDUCTOR, INC.

Date:  October 21, 2013          */s/ Brian C. Nash*
                                  Brian C. Nash
                                  State Bar No. 24051103
                                  Brian.Nash@bgllp.com
                                  **BRACEWELL & GIULIANI LLP**
                                  111 Congress Avenue, Suite 2300
                                  Telephone: (512) 472-7800

                                  *Counsel for Plaintiff,*
                                  *Freescale Semiconductor, Inc.*

## CERTIFICATE OF SERVICE

I certify that on October 21, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants. I further certify that I have served via e-mail pdf to all non-CM/ECF participants.

>    */s/  Brian C. Nash*
>    Brian C. Nash