IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2013 OCT 30  AM 11: 11
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ 9
       DEPUTY

| | |
|---|---|
| FREESCALE SEMICONDUCTOR, INC., § <br> PLAINTIFF, § <br> § <br> V. § <br> § <br> AMTRAN TECHNOLOGY CO., LTD.; § <br> AMTRAN LOGISTICS, INC.; CSR § <br> TECHNOLOGY, INC.; ENVISION § <br> PERIPHERALS, INC., FUNAI § <br> CORPORATION, INC.; FUNAI § <br> ELECTRIC CO., LTD.; MARVELL § <br> SEMICONDUCTOR, INC., MEDIATEK, § <br> INC.; SANYO ELECTRIC CO., LTD.; § <br> SANYO NORTH AMERICA § <br> CORPORATION; SANYO § <br> MANUFACTURING CORPORATION; § <br> TOP VICTORY ELECTRONICS § <br> (TAIWAN) CO., LTD.; TOP VICTORY § <br> ELECTRONICS (FUJIAN) CO., LTD.; § <br> TPV TECHNOLOGY LIMITED; TPV § <br> INTERNATIONAL (USA) INC.; VIZIO, § <br> INC.; AND ZORAN CORPORATION. § <br> DEFENDANTS. § | CAUSE NO. A-12-CV-644-LY |

## **ORDER**

Before the court in the above-styled and numbered cause of action are Defendant MediaTek Inc.'s Stipulated Administrative Motion to Seal its Reply Brief in Support of its Renewed Motion to Dismiss filed September 6, 2013 (Clerk's Doc. No. 143); Defendant MediaTek Inc.'s Unopposed Motion for Leave to Exceed Page Limits for its Reply Brief in Support of its Renewed Motion to Dismiss filed September 7, 2013 (Clerk's Doc. No. 144); and Defendants Funai Electric Co., Ltd. and Funai Corporation, Inc.'s Motion for Leave to File Documents Under Seal filed September 25, 2013 (Clerk's Doc. No. 154). Having considered the motions and the case file, the court will grant the motions.

**IT IS THEREFORE ORDERED** that Defendant MediaTek Inc.'s Stipulated Administrative Motion to Seal its Reply Brief in Support of its Renewed Motion to Dismiss (Clerk's Doc. No. 143) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant MediaTek Inc.'s Unopposed Motion for Leave to Exceed Page Limits for its Reply Brief in Support of its Renewed Motion to Dismiss (Clerk's Doc. No. 144) is **GRANTED**.

**IT IS FINALLY ORDERED** that Defendants Funai Electric Co., Ltd. and Funai Corporation, Inc.'s Motion for Leave to File Documents Under Seal (Clerk's Doc. No. 154) is **GRANTED**.

SIGNED this 30th day of October, 2013.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE